**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Hawthorne Hangar Operations, L.P.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-1035430** | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **909 E Green St**<br>**Pasadena, CA 91106-2906**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business** |
| | **3507 Jack Northrop Ave Hawthorne, CA 90250-4433**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    **www.hawthornehangarops.com**

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Hawthorne Hangar Operations, L.P.**                                    Case number *(if known)* _____
     Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

  District _____ When _____ Case number _____

  District _____ When _____ Case number _____

---

Debtor  __Hawthorne Hangar Operations, L.P.__                    Case number (*if known*)  _____
              Name

**10.** **Are any bankruptcy cases**     ■ No
**pending or being filed by a**     ☐ Yes.
**business partner or an**
**affiliate of the debtor?**

List all cases. If more than 1,     Debtor  _____     Relationship  _____
attach a separate list               District  _____ When _____     Case number, if known  _____

**11.** **Why is the case filed in**     *Check all that apply:*
**this district?**
                                      ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                          preceding the date of this petition or for a longer part of such 180 days than in any other district.
                                      ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**     ■ No
**have possession of any**     ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**          **Why does the property need immediate attention?** (*Check all that apply.*)
                                      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                          What is the hazard?  _____
                                      ☐ It needs to be physically secured or protected from the weather.
                                      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                                      ☐ Other  _____
                                  **Where is the property?**  _____
                                                              Number, Street, City, State & ZIP Code
                                  **Is the property insured?**
                                      ☐ No
                                      ☐ Yes.   Insurance agency  _____
                                                Contact name  _____
                                                Phone  _____

▬▬  **Statistical and administrative information**

**13.** **Debtor's estimation of**     *Check one:*
**available funds**
                                      ■  Funds will be available for distribution to unsecured creditors.
                                      ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**     ■ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
**creditors**              ☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
                                      ☐ 100-199           ☐ 10,001-25,000        ☐ More than100,000
                                      ☐ 200-999

**15.** **Estimated Assets**     ☐ $0 - $50,000           ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                      ☐ $50,001 - $100,000     ■ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
                                      ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                      ☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.** **Estimated liabilities**     ☐ $0 - $50,000           ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Debtor   **Hawthorne Hangar Operations, L.P.**                                    Case number (*if known*)
              Name

- ☐ $50,001 - $100,000          ■ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   Hawthorne Hangar Operations, L.P. _____   Case number (if known) _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 24, 2023**
         MM / DD / YYYY

X _____          **Dan Wolfe**
  Signature of authorized representative of debtor    Printed name

Title   **General Partner**

**18. Signature of attorney**

X _____          Date **March 24, 2023**
  Signature of attorney for debtor                         MM / DD / YYYY

**Richard Baum**
Printed name

**Law Offices of Richard T Baum**
Firm name

**11500 W Olympic Blvd Ste 400**
**Los Angeles, CA 90064-1525**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 277-2040**          Email address _____

**80889**
Bar number and State

## DECLARATION RE SIGNATURES ON DOCUMENTS

I, DAN WOLFE, declare:

1.  I am the manager of Hawthorne Hangar Management, LLC which is the sole general partner of Hawthorne Hangar Operations, L.P. ("HHO"), the Debtor herein. I am advised by the attorney for HHO that the software used to prepare the petition, schedules and other initial documents will not incorporate the information as to my position on the signature lines of the various documents. Instead, it simply says that I, Dan Wolfe, am the General Partner. By this declaration I attest that each signature in these documents is as manager of Hawthorne Hangar Management, LLC which is the general partner of HHO, and incorporate this into each signature.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 24, 2023 at Pasadena, California.

DAN WOLFE

# United States Bankruptcy Court
## Central District of California, Los Angeles Division

In re   Hawthorne Hangar Operations, L.P.

Debtor(s)

Case No. _____

Chapter   __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Biron 2009 Trust<br>Linda Biron, Trustee<br>4316 Marina City Dr Unit 101<br>Marina del Rey, CA 90292-5832 | Limited Partner | 2.5 | |
| C. Anthony Phillips Trust<br>C. Anthony Phillips, Trustee<br>909 E Green St<br>Pasadena, CA 91106-2906 | Limited Partner | 6 | |
| Dan Wolfe<br>390 Patrician Way<br>Pasadena, CA 91105-1028 | Limited Partner | 29.5 | |
| E.A. Levi Family Trust<br>Alain Levi, Trustee<br>1724 Tangiers Dr<br>Henderson, NV 89012-7238 | Limited Partner | 2 | |
| Hawthorne Hangar Management, LLC<br>125 N Raymond Ave Unit 413<br>Pasadena, CA 91103-4537 | General Partner | 1 | |
| Star Helicopters, LLC<br>3670 W 120th St<br>Hawthorne, CA 90250-3245 | Limited Partner | 1 | |
| Stephen A. Forte<br>3410 Manhattan Ave<br>Manhattan Beach, CA 90266-3345 | Limited Partner | 4 | |
| Storm Bartling Trust<br>Storn Bartling, Trustee<br>909 E Green St<br>Pasadena, CA 91106-2906 | Limited Partner | 2 | |
| Top Gun, Ltd.,<br>4640 Admiralty Way Fl 5<br>Marina del Rey, CA 90292-6636 | Limited Partner | 4 | |
| Wolfe Family Trust<br>Dan Wolfe, Trustee<br>125 N Raymond Ave Unit 413<br>Pasadena, CA 91103-4537 | Limited Partner | 48 | |

In re:  **Hawthorne Hangar Operations, L.P.**                                        Case No. _____

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **General Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **March 24, 2023**                                     Signature _____
                                                                               Dan Wolfe

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


List of equity security holders consists of 2 total page(s)
Software Copyright (c) 2023 CINGroup - www.cincompass.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Hawthorne Hangar Operations, L.P.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amy Warren 2417 1/2 248th St Lomita, CA 90717 | | Wages | | | | $1,572.50 |
| Andre L. Sullens 3743 W 119th St Hawthorne, CA 90250-3217 | | Wages | | | | $2,409.00 |
| AT&T PO Box 5019 Carol Stream, IL 60197-5019 | c/o Bankruptcy | | | | | $7,826.13 |
| Bassco Services, Inc. 9219 Viscount Row Dallas, TX 75247-5415 | | | | | | $6,088.17 |
| Cesar E. De Leon 1459 W 151st St Gardena, CA 90247 | | Wages | | | | $640.00 |
| Dan Wolfe 390 Patrician Way Pasadena, CA 91105-1028 | | Business Loan | | | | $1,435,000.00 |
| David Wehrly 319 Main St El Segundo, CA 90245-3814 | | | Disputed | | | $1,300,000.00 |
| First Insurance Funding PO Box 7000 Carol Stream, IL 60197-7000 | | | | | | $38,493.81 |
| Gonzalo Gutierrez 1131 N Neptune Ave Wilmington, CA 90744-3132 | | | | | | $3,000.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | Hawthorne Hangar Operations, L.P. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| James L. Schulte 6526 W Kings Ave Glendale, AZ 85306-1611 | | Wages | | | | $4,000.00 |
| Karla Zarate 3415 Cudahy St Huntington Park, CA 90255-6836 | | Wages | | | | $1,628.00 |
| Law Offices of Mary E Gram 38180 Del Webb Blvd # PMB 97 Palm Desert, CA 92211-1256 | | | | | | $33,450.00 |
| Mark C. Brown, P.C. 301 E Colorado Blvd Ste 301 Pasadena, CA 91101-1921 | | | | | | $1,781.06 |
| Matthew R. Schulte 2419 248th St Lomita, CA 90717-1514 | | Wages | | | | $2,994.13 |
| Messina & Hankin LLP 24910 Las Brisas Rd Ste 102 Murrieta, CA 92562-4010 | | | Disputed | | | $318,433.18 |
| Micah Jones | | Wages | | | | $577.50 |
| Mobile Mini Storage Solutions PO Box 650882 Dallas, TX 75265-0882 | | | | | | $980.98 |
| Steinberg Law 13412 Ventura Blvd Ste 380 Sherman Oaks, CA 91423-3965 | | | Disputed | | | $325,091.61 |
| Tait & Associates 701 Parkcenter Dr Santa Ana, CA 92705-3541 | Maria Figueroa | | | | | $16,141.73 |
| Tri-Pacific Heating, LP 2116 E Walnut Ave Fullerton, CA 92831-4845 | | | | | | $1,280.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Fill in this information to identify the case:

Debtor name __Hawthorne Hangar Operations, L.P.__

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Grand Pacific Financing Corporation**<br>Creditor's Name<br><br>**901 Corporate Center Dr N # 300**<br>**Monterey Park, CA 91754**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**3507 Jack Northrop Ave, Hawthorne, CA 90250-4433**<br>**Airplane Hangar located at Hawthorne Airport, situated on 2 1/2 acres of owned land and 1 1/4 acres leased land**<br><br>Describe the lien<br>_____ | **$7,300,000.00** | **$19,000,000.00** |

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$7,300,000.00**

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David Parker, David Zubkoff**<br>**Parker & Zubkoff**<br>**110 W A St Ste 615**<br>**San Diego, CA 92101-3700** | Line __2.1__ | |

Debtor   **Hawthorne Hangar Operations, L.P.**

Name                                                        Case number (if known) _____

**Jess R. Bressi**                                          Line  **2.1**
**Dentons US LLP**
**4675 Macarthur Ct Ste 1250**
**Newport Beach, CA 92660-8803**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Fill in this information to identify the case: |
|---|

Debtor name    **Hawthorne Hangar Operations, L.P.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Amy Warren**<br><br>**2417 1/2 248th St**<br>**Lomita, CA 90717** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,572.50 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Andre L. Sullens**<br><br>**3743 W 119th St**<br>**Hawthorne, CA 90250-3217** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,409.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **Hawthorne Hangar Operations, L.P.**                    Case number (if known) _____

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.00 | $0.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
**Cesar E. De Leon**

1459 W 151st St
Gardena, CA 90247

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$640.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
**James L. Schulte**

6526 W Kings Ave
Glendale, AZ 85306-1611

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,000.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
**Karla Zarate**

3415 Cudahy St
Huntington Park, CA 90255-6836

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,628.00     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
**Matthew R. Schulte**

2419 248th St
Lomita, CA 90717-1514

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,994.13     $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Hawthorne Hangar Operations, L.P.**                                    Case number (if known) _____
         Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $577.50 | $0.00 |
|---|---|---|---|---|

**Micah Jones**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.32 |
|---|---|---|---|

**Allied Waste Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  5043

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,826.13 |
|---|---|---|---|

**AT&T**

PO Box 5019
Carol Stream, IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  6865

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,088.17 |
|---|---|---|---|

**Bassco Services, Inc.**

9219 Viscount Row
Dallas, TX 75247-5415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,435,000.00 |
|---|---|---|---|

**Dan Wolfe**

390 Patrician Way
Pasadena, CA 91105-1028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300,000.00 |
|---|---|---|---|

**David Wehrly**

319 Main St
El Segundo, CA 90245-3814

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | Hawthorne Hangar Operations, L.P. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,493.81 |
|---|---|---|---|

**First Insurance Funding**

PO Box 7000
Carol Stream, IL 60197-7000

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **2429**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.48 |
|---|---|---|---|

**Geiger Enterprises**

1560 Newbury Rd # 1 195
Newbury Park, CA 91320-3452

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1432**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Gonzalo Gutierrez**

1131 N Neptune Ave
Wilmington, CA 90744-3132

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,450.00 |
|---|---|---|---|

**Law Offices of Mary E Gram**

38180 Del Webb Blvd # PMB 97
Palm Desert, CA 92211-1256

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,781.06 |
|---|---|---|---|

**Mark C. Brown, P.C.**

301 E Colorado Blvd Ste 301
Pasadena, CA 91101-1921

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318,433.18 |
|---|---|---|---|

**Messina & Hankin LLP**

24910 Las Brisas Rd Ste 102
Murrieta, CA 92562-4010

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.98 |
|---|---|---|---|

**Mobile Mini Storage Solutions**

PO Box 650882
Dallas, TX 75265-0882

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    Hawthorne Hangar Operations, L.P.    Case number (if known) _____
      Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325,091.61 |
|---|---|---|---|

**Steinberg Law**
☐ Contingent
☐ Unliquidated
■ Disputed

13412 Ventura Blvd Ste 380
Sherman Oaks, CA 91423-3965

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,141.73 |
|---|---|---|---|

**Tait & Associates**
☐ Contingent
☐ Unliquidated
☐ Disputed

701 Parkcenter Dr
Santa Ana, CA 92705-3541

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,280.00 |
|---|---|---|---|

**Tri-Pacific Heating, LP**
☐ Contingent
☐ Unliquidated
☐ Disputed

2116 E Walnut Ave
Fullerton, CA 92831-4845

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Frank Sandelmann, Joshua Valene**<br>**Beach Cities Law Group**<br>324 Manhattan Beach Blvd Ste 201<br>Manhattan Beach, CA 90266-5357 | Line **3.5**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Martin B. Greenbaum**<br>**Greenbaum Law Group**<br>160 Newport Center Dr Ste 110<br>Newport Beach, CA 92660-6911 | Line **3.11**<br><br>☐ Not listed. Explain _____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 13,821.13 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,488,362.47 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. $ | 3,502,183.60 |

**Fill in this information to identify the case:**

Debtor name **Hawthorne Hangar Operations, L.P.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 24, 2023**          X _____
                                              Signature of individual signing on behalf of debtor

**Dan Wolfe**
Printed name

**General Partner**
Position or relationship to debtor

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Richard Baum**<br><br>**11500 W Olympic Blvd Ste 400**<br>**Los Angeles, CA 90064-1525**<br>**(310) 277-2040 Fax: (310) 286-9525**<br>California State Bar Number: **80889** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re:<br><br>        **Hawthorne Hangar Operations, L.P.** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
|  | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|                                                    Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **March 24, 2023**
_____
Signature of Debtor 1

Date:  _____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **March 24, 2023**
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                      **F 1007-1.MAILING.LIST.VERIFICATION**

Hawthorne Hangar Operations LP
909 E Green St
Pasadena, CA   91106-2906


Law Offices of Richard T Baum
11500 W Olympic Blvd Ste 400
Los Angeles, CA   90064-1525

Amy Warren
2417 1/2 248th St
Lomita, CA  90717

Andre L Sullens
3743 W 119th St
Hawthorne, CA  90250-3217

AT&T
PO Box 5019
Carol Stream, IL  60197-5019

Bassco Services Inc
9219 Viscount Row
Dallas, TX  75247-5415

Cesar E De Leon
1459 W 151st St
Gardena, CA  90247

Dan Wolfe
390 Patrician Way
Pasadena, CA  91105-1028

David Parker David Zubkoff
Parker & Zubkoff
110 W A St Ste 615
San Diego, CA  92101-3700

David Wehrly
319 Main St
El Segundo, CA   90245-3814

First Insurance Funding
PO Box 7000
Carol Stream, IL   60197-7000

Frank Sandelmann Joshua Valene
Beach Cities Law Group
324 Manhattan Beach Blvd Ste 201
Manhattan Beach, CA   90266-5357

Geiger Enterprises
1560 Newbury Rd # 1 195
Newbury Park, CA   91320-3452

Gonzalo Gutierrez
1131 N Neptune Ave
Wilmington, CA   90744-3132

Grand Pacific Financing Corporation
901 Corporate Center Dr N # 300
Monterey Park, CA   91754

James L Schulte
6526 W Kings Ave
Glendale, AZ   85306-1611

Jess R Bressi
Dentons US LLP
4675 Macarthur Ct Ste 1250
Newport Beach, CA  92660-8803


Karla Zarate
3415 Cudahy St
Huntington Park, CA  90255-6836


Law Offices of Mary E Gram
38180 Del Webb Blvd # PMB 97
Palm Desert, CA  92211-1256


Mark C Brown PC
301 E Colorado Blvd Ste 301
Pasadena, CA  91101-1921


Martin B Greenbaum
Greenbaum Law Group
160 Newport Center Dr Ste 110
Newport Beach, CA  92660-6911


Matthew R Schulte
2419 248th St
Lomita, CA  90717-1514


Messina & Hankin LLP
24910 Las Brisas Rd Ste 102
Murrieta, CA  92562-4010

Mobile Mini Storage Solutions
PO Box 650882
Dallas, TX   75265-0882


Steinberg Law
13412 Ventura Blvd Ste 380
Sherman Oaks, CA   91423-3965


Tait & Associates
701 Parkcenter Dr
Santa Ana, CA   92705-3541


Tri-Pacific Heating LP
2116 E Walnut Ave
Fullerton, CA   92831-4845