Peter J. Mastan, Trustee
travis.terry@dinsmore.com
550 S. Hope St., Suite 1765
Los Angeles, CA 90071
Telephone: (213) 335-7739

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>   Hawthorne Hangar Operations LP<br><br><br><br><br>   Debtor(s) | Case No.: 2:23-bk-11789 BR<br><br>Chapter: 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>[No Hearing Required.] |

**TO: KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

   Peter J. Mastan, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated: May 8, 2023                                    */s/ Peter J. Mastan*
                                                          Peter J. Mastan, Trustee