Lovee D. Sarenas (SBN 204361)
lovee.sarenas@dinsmore.com
Jonathan Serrano (SBN 333225)
jonathan.serrano@dinsmore.com
**DINSMORE & SHOHL LLP**
550 S. Hope Street, Suite 1765
Los Angeles, CA  90071
Tel:  (213) 335-7737

Counsel to Peter J. Mastan,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>HAWTHORNE HANGAR OPERATIONS, L.P.,<br><br>　　　　　Debtor. | Case No. 2:23-bk-11789-BR<br><br>Chapter 7<br><br>**STATEMENT RE CHAPTER 7 TRUSTEE'S REPORT OF SALE**<br><br>**[FRBP 6004(f)(1); LBR 6004-1(g)]**<br><br>[No Hearing Required or Requested] |

　　　　Peter J. Mastan, the Chapter 7 Trustee of the bankruptcy estate of Hawthorne Hangar Operations, L.P. (the "Debtor"), hereby submits his Report of Sale pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure and Rule 6004-1(g) of the Local Bankruptcy Rules for the Central District of California.

　　　　On March 26, 2023, the Debtor filed its voluntary petition for relief under chapter 11 of the United States Code (the "Bankruptcy Code"). On May 2, 2023, the Court entered an *Order Converting Case from Chapter 11 to Chapter 7* [Docket No. 75] ("Conversion Order") and further authorized the Chapter 7 Trustee to continue the Debtor's operation for one year from the date of the entry of the Conversion Order. On May 4, 2023, the Trustee accepted his appointment as the Chapter 7 Trustee in this case. Until the sale, the Trustee was operating the Debtor's business since the case was converted to one under chapter 7.

The Debtor owned an aircraft hangar and office and industrial facility at Hawthorne Municipal Airport located at 3507 Jack Northrop Avenue, Hawthorne, CA 90250 (the "Real Property"). The facility has approximately 34,404 sq. ft. of improved space and is situated in a parcel of which the Debtor owns approximately 2.5 acres and has an easement on another 1.25 acres.

On August 30, 2023, the Court entered the *Order Granting Trustee's Motion for the Entry of an Order: (A) Approving Sale of Real Property to 3507 JNA LLC Free and Clear of All Liens, Claims, and Interests; (B) Determining That the Buyer Is a Good Faith Purchaser Under 11 U.S.C. § 363(m); (C) Approving the Assumption and Assignment of Executory Contracts, Unexpired Leases and Other Contracts; and (D) Granting Related Relief* [Docket No. 200] (the "Sale Order"), thereby approving the sale ("Sale") of the Real Property, improvements thereon, and other assets of the Estate as set forth more fully in that certain Agreement for Purchase and Sale attached to the Sale Order (collectively, the "Property") to 3507 JNA LLC, pursuant to section 363(b) of the Bankruptcy Code, for a sale price of $13,350,000.00.

The Sale was on an "as is, where is" basis, without any representations and/or warranties whatsoever, and was free and clear of liens, encumbrances, claims and interests pursuant to section 363(f) of the Bankruptcy Code, with such liens, encumbrances, claims and interests to attach to the sale proceeds in the same extent, priority, and validity as existed prepetition.

Escrow for the sale of the Property closed on September 19, 2023, and the Sale has been consummated.

Dated: September 20, 2023

Respectfully submitted,

DINSMORE & SHOHL LLP

By: /s/ Jonathan Serrano
    Jonathan Serrano
Counsel to Peter J. Mastan,
Chapter 7 Trustee

Main Document    Page 3 of 5

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

550 S. Hope Street, Suite 1765
Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT RE CHAPTER 7 TRUSTEE'S REPORT OF SALE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 20, 2023,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **September 20, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 20, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/20/23 | Katrice Ortiz | /s/ Katrice Ortiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3

**In re Hawthorne Hangar Operations, L.P.**
**U.S.B.C., Central District of California, Los Angeles**
**Case No. 2:23-bk-11789-BR**

I. **SERVED ELECTRONICALLY VIA NEF:**

Richard T Baum on behalf of Attorney Richard T. Baum
rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Samuel Mushegh Boyamian on behalf of Creditor David Wehrly
samuel@marguliesfaithlaw.com,
angela@marguliesfaithlaw.com,helen@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com

Samuel Mushegh Boyamian on behalf of Interested Party Courtesy NEF
samuel@marguliesfaithlaw.com,
angela@marguliesfaithlaw.com,helen@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com

Jess R Bressi on behalf of Creditor Grand Pacific Financing Corporation
jess.bressi@dentons.com, kimberly.sigismondo@dentons.com

Rosendo Gonzalez on behalf of Debtor Hawthorne Hangar Operations, L.P.
rossgonzalez@gonzalezplc.com,
rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com

Mary E Gram marygramlaw@gmail.com

Craig G Margulies on behalf of Creditor David Wehrly
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Peter J Mastan (TR)
pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com

David M Parker dparker@ParkerRiggs.com, slawless@ParkerRiggs.com

Lovee D Sarenas on behalf of Trustee Peter J Mastan (TR)
lovee.sarenas@dinsmore.com, katrice.ortiz@dinsmore.com

James R Selth on behalf of Creditor Steinberg Law
jselth@wztslaw.com, jselth@yahoo.com;maraki@wztslaw.com;sfritz@wztslaw.com

Jonathan Serrano on behalf of Trustee Peter J Mastan (TR)
jonathan.serrano@dinsmore.com

Evan L Smith on behalf of Creditor Messina & Hankin LLP
els@elsmithlaw.com

Keven Steinberg on behalf of Interested Party Courtesy NEF
keven@kevensteinberglaw.com

4

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov nbyg.com, ecf.alert+Wolkowitz@titlexi.com

Stephen R Wade srw@srwadelaw.com, reception@srwadelaw.com

II. **SERVED VIA REGULAR U.S. MAIL:**

**Debtor:**
Hawthorne Hangar Operations, L.P.
909 East Green Street
Pasadena, CA 91106-2906

III. **SERVED BY OVERNIGHT MAIL (FED EX):**

**United States Bankruptcy Court:**
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660 Courtroom 1668
Los Angeles, CA 90012