| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lovee D. Sarenas (SBN 204361) <br> *lovee.sarenas@dinsmore.com* <br> **DINSMORE & SHOHL LLP** <br> 550 S. Hope Street, Suite 1765 <br> Los Angeles, CA  90071 <br> Telephone:  (213) 335-7737 <br> Facsimile:  (213) 335-7740 <br><br> ☐  Individual *appearing without an attorney* <br> ☒  *Attorney for:* Peter J. Mastan, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re: <br><br> HAWTHORNE HANGAR OPERATIONS, L.P., <br><br><br><br><br> Debtor(s) | CASE NO.: 2:23-bk-11789-BR <br><br> CHAPTER: 7 <br><br> **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*): <br> Motion to Set a Hearing on Second Interim Applications of Chapter 7 Trustee and the Estate's Professionals for Allowance of Compensation and Reimbursement of Expenses |
|---|---|

PLEASE TAKE NOTE that the order titled Order Granting Motion to Set a Hearing on Second Interim Applications of Chapter 7 Trustee and the Estate's Professionals for Allowance of Compensation and Reimbursement of Expenses

was lodged on (*date*) September 6, 2024 and is attached.  This order relates to the motion which is docket number 292.

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT 1

EXHIBIT 1                                PG.02

Lovee D. Sarenas (SBN 204361)
*lovee.sarenas@dinsmore.com*
**DINSMORE & SHOHL LLP**
550 S. Hope Street, Suite 1765
Los Angeles, CA  90071
Telephone:  (213) 335-7737
Facsimile:  (213) 335-7740

Counsel to Peter J. Mastan, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HAWTHORNE HANGAR OPERATIONS, L.P.,<br><br><br><br>Debtor. | Case No. 2:23-bk-11789-BR<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO SET A HEARING ON SECOND INTERIM APPLICATIONS OF CHAPTER 7 TRUSTEE AND THE ESTATE'S PROFESSIONALS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>[No Hearing Required] |

The Motion to Set a Hearing on the Second Interim Applications of the Chapter 7 Trustee

and the Estate's Professionals for Allowance of Compensation and Reimbursement of Expenses

("Motion") filed by the chapter 7 trustee Peter J. Mastan ("Trustee") for the bankruptcy estate

("Estate") of the above-referenced debtor Hawthorne Hangar Operations, L.P. ("Debtor"), came

before Court without a hearing.  The Court, having reviewed and considered the Motion, and

good cause appearing,

        IT IS HEREBY ORDERED THAT:

        1.      The Motion is GRANTED.

/ / /

EXHIBIT 1                                      PG.03

1    2.    The hearing on the second interim applications of the Trustee and the Estate's

2  professionals for allowance of compensation and reimbursement of expenses shall be set on

3  _____, 2024 at 10:00 a.m. in Courtroom 1668.

4    3.    Notice to professionals employed in this case and to parties in interest shall be

5  filed with the Court and served pursuant to this Court's Local Bankruptcy Rules.

6    IT IS SO ORDERED.

7                                        ###

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1                                    PG.04

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE Re: <u>Motion to Set a Hearing on Second Interim Applications of Chapter 7 Trustee and the Estate's Professionals for Allowance of Compensation and Reimbursement of Expenses</u> will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:**

**1**.  **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 6, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:  On (*date*) September 6, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 6, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/6/2024 | Michael C. Kerr | /s/ Michael C. Kerr |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**In re Hawthorne Hangar Operations, L.P.**
**U.S.B.C., Central District of California, Los Angeles**
**Case No. 2:23-bk-11789-BR**

## I. SERVED ELECTRONICALLY VIA NEF:

Richard T Baum on behalf of Attorney Richard T. Baum
rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Samuel Mushegh Boyamian on behalf of Creditor David Wehrly
samuel@marguliesfaithlaw.com,
angela@marguliesfaithlaw.com,helen@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com

Jess R Bressi on behalf of Creditor Grand Pacific Financing Corporation
jess.bressi@dentons.com, kimberly.sigismondo@dentons.com

Rosendo Gonzalez on behalf of Debtor Hawthorne Hangar Operations, L.P.
rossgonzalez@gonzalezplc.com,
rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com

Mary E Gram on behalf of Creditor Mary E. Gram Attorney Inc.
marygramlaw@gmail.com

D Edward Hays on behalf of Trustee Peter J Mastan (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Tinho Mang on behalf of Trustee Peter J Mastan (TR)
tmang@marshackhays.com,
tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Craig G Margulies on behalf of Creditor David Wehrly
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Peter J Mastan (TR)
pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com

David M Parker on behalf of Creditor Grand Pacific Financing Corporation
dparker@ParkerRiggs.com, slawless@ParkerRiggs.com

Lovee D Sarenas on behalf of Trustee Peter J Mastan (TR)
lovee.sarenas@dinsmore.com, katrice.ortiz@dinsmore.com

James R Selth on behalf of Creditor Steinberg Law
jselth@wztslaw.com, jselth@yahoo.com;maraki@wztslaw.com;sfritz@wztslaw.com

Jonathan Serrano on behalf of Trustee Peter J Mastan (TR)
jonathan.serrano@dinsmore.com

10

Evan L Smith on behalf of Creditor Messina & Hankin LLP
els@elsmithlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Stephen R Wade on behalf of Creditor Dan Wolfe
srw@srwadelaw.com, reception@srwadelaw.com

## II. SERVED VIA REGULAR U.S. MAIL:

**Debtor:**
Hawthorne Hangar Operations, L.P.
909 East Green Street
Pasadena, CA 91106-2906

**Professionals:**

SLBiggs
10960 Wilshire Boulevard
Suite 1100
Los Angeles, CA 90024
sbiggs@slbiggs.com

Berkshire Hathaway
Lee Johnson
3130 Wilshire Blvd., Suite 100
Santa Monica, CA 90403
leejohnson@bhhscal.com

Exp Commercial
Matthew Palumbo
2260 N. Beachwood Drive.
Los Angeles, CA 90068
Matthew.palumbo@expcommercial.com

Evangelo Karantonis
3857 Birch Street, Suite 307
Newport Beach, CA 92660
Evangelo.karantonis@gmail.com

Marshack Hays Wood LLP
D. Edward Hays
870 Roosvelt
Irvine, CA 92620
Ehays@marshackhays.com

Richard Baum, Esq.
11500 West Olympic Blvd
Ste 400
Los Angeles, CA 90064-1525

Gonzalez and Gonzalez Law, P.C.
530 S Hewitt St Ste 148
Los Angeles, CA 90013

## III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR EMAIL

**Via Overnight Delivery (Fed Ex):**

**United States Bankruptcy Court:**
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660 Courtroom 1668
Los Angeles, CA 90012

11