Lovee D. Sarenas (SBN 204361)
E-mail: *lovee.sarenas@dinsmore.com*
**DINSMORE & SHOHL LLP**
550 S. Hope Street, Suite 1765
Los Angeles, CA 90071
Telephone: (213) 335-7737
Facsimile:  (213) 335-7740

Counsel to Peter J. Mastan,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HAWTHORNE HANGAR OPERATIONS, L.P.,<br><br>          Debtor. | Case No. 2:23-bk-11789-BR<br><br>Chapter 7<br><br>**NOTICE TO PROFESSIONALS TO FILE SECOND INTERIM APPLICATIONS FOR APPROVAL OF CHAPTER 7 FEES AND REIMBURSEMENT OF EXPENSES**<br><br>[Local Bankruptcy Rule 2016-1(a)(2)]<br><br>**Fee Hearing:**<br>Date:   November 19, 2024<br>Time:  10:00 a.m.<br>Place:  Ctrm. 1668<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

**TO ALL PROFESSIONALS EMPLOYED IN THE ABOVE-CAPTIONED BANKRUPTCY CASE AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that the above-referenced bankruptcy court has set a hearing before the Honorable Barry Russell, United States Bankruptcy Judge for the Central District of California, on **November 19, 2024 at 10:00 a.m.** to consider the second interim fee applications for approval of fees and reimbursement of expenses of the chapter 7 professionals who have been employed in the bankruptcy case of the debtor Hawthorne Hangar Operations L.P. ("Debtor").  A

#45964630v1

1

notice of the hearing shall be filed with the Court and served upon all relevant parties and the professionals employed by the Estate pursuant to this Court's Local Bankruptcy Rule ("LBR") 2016-1(a)(2).

**PLEASE TAKE FURTHER NOTICE** that, under LBR 2016- 1(a)(2):
> Other professional persons retained pursuant to Court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Any chapter 7 professional employed in this case seeking approval of fees and reimbursement of expenses must comply with the Federal Rules of Bankruptcy Procedure, this Court's LBR, the Guidelines of the Office of the United States Trustee, and the relevant provisions of the Bankruptcy Code. This second interim fee application period shall cover chapter 7 fees and expenses incurred from September 1, 2023 through and including August 31, 2024.

**PLEASE TAKE FURTHER NOTICE** that any professional who wishes to be included in the notice of the second interim application for approval of fees and reimbursement of expenses ("Notice") of Dinsmore & Shohl LLP ("Dinsmore"), the general counsel to the chapter 7 trustee Peter J. Mastan, must furnish the amount of requested fees and expenses and the relevant fee period to Dinsmore, attention: Lovee D. Sarenas (e-mail address: lovee.sarenas@dinsmore.com), no later than 12:00 p.m. (Pacific Time) on October 15, 2024.

Dated: September 17, 2024            DINSMORE & SHOHL LLP

                                     By: /s/ Lovee Sarenas
                                         Lovee D. Sarenas
                                     Counsel to the Chapter 7 Trustee Peter J. Mastan

2

#45964630v1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 550 S. Hope Street, Suite 1765, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE TO PROFESSIONALS TO FILE SECOND INTERIM APPLICATIONS FOR APPROVAL OF CHAPTER 7 FEES AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 17, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **September 17, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 17, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 17, 2024 | Michael C. Kerr | /s/ Michael C. Kerr |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

#45964630v1

**In re Hawthorne Hangar Operations, L.P.**
**United States Bankruptcy Court – Los Angeles Division**
**Case No. 2:23-bk-11789-BR**

**1. SERVED VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Richard T Baum** rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- **Samuel Mushegh Boyamian** samuel@marguliesfaithlaw.com, angela@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com
- **Jess R Bressi** jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Rosendo Gonzalez** rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- **Mary E Gram** marygramlaw@gmail.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Robbin L. Itkin**    ritkin@sklarkirsh.com, mduran@sklarkirsh.com;KFRAZIER@SKLARKIRSH.COM
- **Ian Landsberg**    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com
- **Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Peter J Mastan (TR)**    pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com
- **David M Parker**    dparker@ParkerRiggs.com, slawless@ParkerRiggs.com
- **Lovee D Sarenas**    lovee.sarenas@dinsmore.com, michael.kerr@dinsmore.com
- **James R Selth**    jselth@wztslaw.com, jselth@yahoo.com;maraki@wztslaw.com;sfritz@wztslaw.com
- **Jonathan Serrano**    jonathan.serrano@dinsmore.com
- **Evan L Smith**    els@elsmithlaw.com
- **Keven Steinberg**    keven@kevensteinberglaw.com
- **Matthew J Stockl**    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Stephen R Wade**    srw@srwadelaw.com, reception@srwadelaw.com

**II.  SERVED VIA U.S. MAIL**

**Debtor**

Hawthorne Hangar Operations, L.P.
909 East Green Street
Pasadena, CA 91106-2906

#45964630v1

**United States Trustee:**
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA  90017

**PROFESSIONALS / INTERESTED PARTIES**

| | |
|---|---|
| SLBiggs<br>Brian Landau<br>Sam Biggs<br>10960 Wilshire Boulevard, Suite 1100<br>Los Angeles, CA  90024 | Evangelo Karantonis, Broker<br>3857 Birch Street, # 307<br>Newport Beach, CA  92660 |
| Berkshire Hathaway<br>Lee Johnson<br>11901 Santa Monica Blvd., Suite 530<br>Los Angeles, CA 90025 | Exp Commercial<br>Matthew Palumbo<br>2603 Camino Ramon, Suite 200<br>San Ramon, CA 94583 |

## III. SERVED BY OVERNIGHT DELIVERY (FEDEX)

| | |
|---|---|
| Honorable Barry Russell<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA  90012 | |