RICHARD T. BAUM
State Bar No. 80889
6627 Maryland Drive
Los Angeles, California 90048
Tel:   (310) 277-2040
Fax:   (310) 286-9525
rickbaum@hotmail.com

Former Attorney for Debtor and Debtor-in-Possession
HAWTHORNE HANGAR OPERATIONS. L.P.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>HAWTHORNE HANGAR OPERATIONS. L.P.,<br><br>Debtor.<br>_____ | Case No. 2:23-bk-11789 BR<br><br>Chapter 7<br><br>**NOTICE OF HEARING OF CHAPTER 11 PROFESSIONAL'S FINAL APPLICATIONS FOR APPROVAL AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date:   December 17, 2024<br>Time:   10:00 am<br>Ctrm:   1668 |

**TO ALL CREDITORS, INTEREST HOLDERS, PARTIES WHO HAVE REQUESTED SPECIAL NOTICE, AND OTHER INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that on December 17, 2024 at 10:00 am in Courtroom 1668 of the United States Bankruptcy Court for the Central District of California, Los Angeles Division, located at 255 East Temple Street, 16th Floor, Los Angeles, California 90012, the Bankruptcy Court will consider the final application of Richard T. Baum for

**NOTICE OF FEE APPLICATION**

1 allowance and payment of compensation and reimbursement of expenses for services
2 rendered in connection with the Chapter 11 case herein.

4 For the period March 26, 2023 through March 29, 2023, Richard Baum requests
5 approval of fees in the amount of $5,670.00 and reimbursement of costs in the amount of
6 $211.70, and fees for the preparation of the Application and giving of notice in the amount
7 of $2,250.00 and payment of that amount.

9 **NOTICE IS FURTHER GIVEN** that the applications will be on file with the Court and
10 available for inspection and copying at the office of the Clerk, United States Bankruptcy
11 Court for the Central District of California, Los Angeles Division, located at 255 East
12 Temple Street, Los Angeles, California 90012.  The Applications may also be reviewed on
13 the Court's website, ecf.cacb.uscourts.gov, for those persons with a PACER account.  A
14 copy of each application may also be obtained by contacting in writing the professional
15 filing the same.

17 **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9013-1(f), objections or
18 opposition to the granting of relief sought by these applications must be in writing and filed
19 with the Bankruptcy Court no later than fourteen (14) days prior to the date of the hearing
20 of the applications.  A copy of any objection or opposition must be served upon the
21 undersigned at the address first stated at the top of the first page of this notice.  Any
22 opposition must comprise a complete written statement of all reasons in opposition thereto
23 or in support or joinder thereof, declarations and copies of all photographs and
24 documentary evidence on which the responding party intends to rely, and any responding
25 memorandum of points and authorities. The opposing papers must advise the adverse
26 party that any reply to the opposition must be filed with the court and served on the
27 opposing party not later than 7 days prior to the hearing on the motion.  Failure to timely

**NOTICE OF FEE APPLICATION**
- 2 -

1  file and serve opposition to the motion may be considered by the Court to be a waiver of
2  any grounds for objection and a consent to the entry of the relief sought herein.

3  **NOTICE IS FURTHER GIVEN** that the Court will hold the hearing both in person
4  and via Zoom for Government ("Zoomgov").  Parties should review the Court's tentative
5  ruling, which can be accessed at the following web address:

6  http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=BR

7  to determine whethr an in person appearance at the hearing is mandatory and to fine the
8  video and audio connection information for appearances through Zoomgov.

9  **NOTICE IS FURTHER GIVEN** that all parties who intend to appear must notify the
10 Court of their appearance, whether in person or via ZoomGov no later than 2:00 pm on the
11 day before the hearing by emailing the Coourt's Courtroom Deputy at
12 stacey_fortier@cacb.uscourts.gov.  The subject line of the email should specify the date,
13 time and calendar number(s) of the hearing(s) for which their appearance is being made.

15 Dated: November 12, 2024

16 /s/ Richard T. Baum

17 _____
RICHARD T. BAUM, Attorneys for
Debtor and Debtor-In-Possession
18 LAKELAND DEVELOPMENT COMPANY

**NOTICE OF FEE APPLICATION**
- 3 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 West Olympic Boulevard, Suite 400, Los Angeles, California 90064-1525. A true and correct copy of the foregoing document described as **NOTICE OF HEARING OF CHAPTER 11 PROFESSIONAL'S FINAL APPLICATION FOR APPROVAL AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 12, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

▣ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On November 12, 2024, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

By US Mail:

SLBiggs
10960 Wilshire Boulevard
Suite 1100
Los Angeles, CA 90024

Judge Barry Russell
255 East Temple Street
Suite 1660
Los Angeles, California 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 12, 2024 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 12, 2024 | Richard T. Baum | /s/ Richard T. Baum |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                              **F 9013-3.1**

# **HAWTHORNE HANGAR OPERATIONS, L.P.**

*2:23-bk-11789 BR*

NEF List

Samuel Mushegh Boyamian    samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jess R Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com

Rosendo Gonzalez    rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com

Mary E Gram    marygramlaw@gmail.com

D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Robbin L. Itkin    ritkin@sklarkirsh.com, mduran@sklarkirsh.com;KFRAZIER@SKLARKIRSH.COM

Ian Landsberg    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com

Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Craig G Margulies    craig@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com

Ron Maroko    ron.maroko@usdoj.gov

Peter J Mastan (TR)    pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com

David M Parker    dparker@ParkerRiggs.com, slawless@ParkerRiggs.com

Lovee D Sarenas    lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com

James R Selth    jselth@wztslaw.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Jonathan Serrano    jonathan.serrano@dinsmore.com

Evan L Smith    els@elsmithlaw.com

Keven Steinberg    keven@kevensteinberglaw.com

Matthew J Stockl    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com

**Lakeland Development Company**

**2:12-bk-25842 RN**

**20 Largest Unsecured Creditors**

| | |
|---|---|
| City of SFS-Legal(Planning) | Iron Mountain |
| 11710 E. Telegraph Road | PO Box 27128 |
| Santa Fe Springs, CA  90670 | New York, NY  10087-7128 |
| | |
| Loeb &Loeb, LLP | Reuters America LLC |
| 10100 Santa Monica Blvd | GPO Box 10410 |
| Suite 2200 | Newark, NJ  07193-0410 |
| Los Angeles, CA  90067-4164 | |
| | PDQ Rental Center |
| Brownstein Hyatt Farber & Schreck | 10826 Shoemaker |
| Steven M. Sommers, Esq | Santa Fe Springs, CA  90670 |
| 410 Seventeenth St,Ste 2200 | |
| Denver, CO  80202-4432 | Robertson Charitable Remainder Unitrust |
| | c/o Louis Isakoff |
| White O'Connor Fink&Brenner | 977 Centerville Turnpike, SHB 202 |
| 10100 Santa Monica Blvd | Virginia Beach, Virginia 23463 |
| Los Angeles, CA  90067 | |
| | Argo Partners |
| Morse & Associates, Inc | 12 West 37th Street, 9th Floor |
| 12127 SW Grenoble St. | New York, NY 10018 |
| Wilsonville, OR 97070 | |
| | |
| American Express | |
| PO Box 0001 | |
| Los Angeles, CA   90096-0001 | |
| | |
| Aetna Health California | |
| PO Box 894920 | |
| Los Angeles, CA  90189-4920 | |
| | |
| Ken Spiker Jr/OC Office | |
| 605 Frankfort Ave | |
| Huntington Beach, CA  92648 | |
| | |
| MGM | |
| 3930-B Cherry Avenue | |
| Long Beach, CA  90807 | |
| | |
| City of SFS-Planning &Develpmt | |
| 11710 E. Telegraph Road | |
| Santa Fe Springs, CA  90670 | |
| | |
| City of SFS-Fire Department | |
| 11300 Greenstone Ave | |
| Santa Fe Springs, CA  90670 | |
| | |
| Coastal Industrial Services | |
| 2250 E. Dominguez Street | |
| Carson, CA  90810-1008 | |

**NOTICE OF FEE APPLICATION**