| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Lovee D. Sarenas (SBN 204361)<br>E-mail: lovee.sarenas@dinsmore.com<br>DINSMORE & SHOHL LLP<br>550 S. Hope Street, Suite 1765<br>Los Angeles, CA 90071<br>Telephone (213) 335-7737 | FOR COURT USE ONLY |
|---|---|
| ☒ *Attorney for:* Peter J. Mastan, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>HAWTHORNE HANGAR OPERATIONS, L.P.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-11789-BR<br>CHAPTER: 7<br><br>**NOTICE OF OBJECTION TO CLAIM**<br><br>DATE: February 25, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE:  255 East Temple Street<br>           Los Angeles, CA 90012 |
|---|---|

1. TO *(specify claimant and claimant's counsel, if any)*: Ernest J. Franceschi, Jr.; the Hon. Barry Russell, United States Bankruptcy Judge; the Office of the United States Trustee; any party in interest, and counsel to the foregoing, if any:

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #6) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date:  January 24, 2025

Dinsmore & Shohl LLP
Printed name of law firm

/s/ Lovee D. Sarenas
Signature

Date Notice Mailed:  January 24, 2025

Lovee D. Sarenas
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

655 West Broadway, Suite 800, San Diego, CA 92101

A true and correct copy of the foregoing document entitled: **NOTICE AND OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 24, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- Samuel Mushegh Boyamian    samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- Jess R Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- Rosendo Gonzalez    rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- Mary E Gram    marygramlaw@gmail.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Robbin L. Itkin    ritkin@sklarkirsh.com, mduran@sklarkirsh.com;KFRAZIER@SKLARKIRSH.COM
- Ian Landsberg    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Craig G Margulies    craig@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com
- Ron Maroko    ron.maroko@usdoj.gov
- Peter J Mastan (TR)    pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com
- David M Parker    dparker@ParkerRiggs.com, slawless@ParkerRiggs.com
- Lovee D Sarenas    lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com
- James R Selth    jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- Jonathan Serrano    Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com
- Evan L Smith    els@elsmithlaw.com
- Keven Steinberg    keven@kevensteinberglaw.com
- Matthew J Stockl    matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com
- Derrick Talerico    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 3007-1.1.NOTICE.OBJ.CLAIM**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 24, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Ernest J. Franceschi, Jr.**
**100 Wilshire Blvd., Suite 700**
**Santa Monica, CA 90401**

**Honorable Barry Russell**
**United States Bankruptcy Court**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1660 / Courtroom 1668**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 24, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Ernest J. Franceschi, Jr. – ejf@franceschilaw.com**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/24/25 | Wendy A. Yones | /s/ Wendy A. Yones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 3007-1.1.NOTICE.OBJ.CLAIM**