## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re:     Hawthorne Hangar Operations LP | § | Case No. 2:23-bk-11789-BR |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 03/26/2023. The case was converted to one under Chapter 7 on 05/02/2023. The undersigned trustee was appointed on 03/26/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                 $     14,130,612.36

|  Funds were disbursed in the following amounts: | |
|---|---|
| Payments made under an | |
| interim distribution | 11,205,197.12 |
| Administrative expenses | 2,114,751.95 |
| Bank service fees | 30,347.31 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemption paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of ¹ | $     780,315.98 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

¹ The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (05/1/2011)

6.  The deadline for filing non-governmental claims in this case was 08/11/2023 and the deadline for filing governmental claims was 12/02/2024.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $447,168.37.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $410,075.00 as interim compensation and now requests the sum of $37,093.37, for a total compensation of $447,168.37.[2]   In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $357.05 and now requests reimbursement for expenses of $14.60, for total expenses of $371.65.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  09/08/2025                    By:  /s/ Peter J Mastan
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

    [2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case Number:** 23-11789 BR
**Case Name:** Hawthorne Hangar Operations LP

**Period Ending:** 09/08/25

**Trustee:** Peter J Mastan
**Filed (f) or Converted (c):** 05/02/23 (c)
**§341(a) Meeting Date:** 06/14/23
**Claims Bar Date:** 08/11/23

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Comerica CHECKING 5431 The funds in this account were transferred to DIP accounts during Ch. 11, and the account has no value to the Ch. 7 estate. | 35,192.35 | 35,192.35 | | 0.00 | FA |
| 2 | Comerica Fuel 5464 The funds in this account were transferred to DIP accounts during Ch. 11, and the account has no value to the Ch. 7 estate. | 102,266.08 | 102,266.08 | | 0.00 | FA |
| 3 | First Foundation Bank CHECKING 9724 The funds in this account were transferred to DIP accounts during Ch. 11, and the account has no value to the Ch. 7 estate. | 5,289.92 | 5,289.92 | | 0.00 | FA |
| 4 | First Foundation Bank Fuel 0817 The funds in this account were transferred to DIP accounts during Ch. 11, and the account has no value to the Ch. 7 estate. | 5,282.82 | 5,282.82 | | 0.00 | FA |
| 5 | First Foundation Bank CHECKING 9732 The funds in this account were transferred to DIP accounts during Ch. 11, and the account has no value to the Ch. 7 estate. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6 | California Bank & Trust CHECKING 3933 The funds in this account were transferred to DIP accounts during Ch. 11, and the account has no value to the Ch. 7 estate. | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 7 | Accounts receivable Over 90 days old This asset is part of Assets #20 and #24. | 26,700.00 | 26,700.00 | | 0.00 | FA |
| 8 | Inventory: Fuel-Avgas This asset was included in the sale of the real property. See Asset #12. | 11,113.96 | 11,113.96 | | 0.00 | FA |
| 9 | Inventory: Jet A Fuel This asset was included in the sale of the real property. See Asset #12. | 191,184.36 | 191,184.36 | | 0.00 | FA |
| 10 | Fixtures The assets were included in the sale of Asset #12. | 42,450.00 | 42,450.00 | | 0.00 | FA |
| 11 | Machine The Trustee sold this asset pursuant to Court order entered 3/20/24. | 498,659.00 | 498,659.00 | | 55,000.00 | FA |

**FORM 1**                                                                                            Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**                                                                                       Page: 2

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Hawthorne Hangar Operations LP | | Filed (f) or Converted (c): | 05/02/23 (c) |
| | | | §341(a) Meeting Date: | 06/14/23 |
| Period Ending: | 09/08/25 | | Claims Bar Date: | 08/11/23 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) Abandon | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 12 | 3507 Jack Northrop Avenue, Hawthorne California 90250 The Trustee sold this property pursuant to Court order entered 9/15/23. | 19,000,000.00 | 10,400,000.00 | | 13,350,000.00 | FA |
| 13 | www.hawthornehangarops.com This asset has no value to the Estate. | Unknown | 0.00 | | 0.00 | FA |
| 14 | Business/waste measure These licenses were assigned to the buyer in the course of the sale of the real property.  See Asset #12. | Unknown | 1.00 | | 0.00 | FA |
| 15 | Customer list The Trustee determined this asset had no value to the Estate. | Unknown | 1.00 | | 0.00 | FA |
| 16 | Sales tax overpayment 2020-2022 The Trustee received the refund of the sales tax overpayment. | 105,000.00 | 105,000.00 | | 43,603.85 | FA |
| 17 | Various Lawsuits The Trustee has received all of the funds possible for these lawsuits. | 4,500,000.00 | 4,500,000.00 | | 222,325.00 | FA |
| 18 | Keven Steinberg Potential Claim for Unpaid Rent Against Wolfe Air (Subject to Set Off) The Trustee determined this claim did not belong to the Estate. | Unknown | 1.00 | | 0.00 | FA |
| 19 | Potential claim against Wolfe Air for usage of Hangar (subject to set off) and potential claim against Top Gun usage of Hangar (subject to set off) The claim against Wolfe Air is part of a Court-approved settlement, and the Trustee determined that the claim against Top Gun does not belong to the Estate. | Unknown | 1.00 | | 0.00 | FA |
| 20 | Turnover of DIP Operating Account Funds (u) Turnover of funds in D-I-P operating account. | 0.00 | 142,838.95 | | 142,838.95 | FA |
| 21 | Operations Funds (u) Funds from operation of Debtor's business pursuant to conversion order entered 5/2/23. | 0.00 | 500,000.00 | | 291,291.50 | FA |
| 22 | Distribution from settlement of class action, Reynolds v. State Compensation Insurance Fund (u) Settlement payment for class action case, Reynolds v. State Compensation Insurance Fund. | 0.00 | 323.94 | | 323.94 | FA |
| 23 | State Compensation Insurance Fund Dividend Payment (u) Dividend payment from State Compensation Insurance Fund. | 0.00 | 518.00 | | 518.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 3

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
| Case Name: | Hawthorne Hangar Operations LP | | Filed (f) or Converted (c): | 05/02/23 (c) |
| | | | §341(a) Meeting Date: | 06/14/23 |
| Period Ending: | 09/08/25 | | Claims Bar Date: | 08/11/23 |

| Ref # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Rents collected by Secured Creditor (u)<br>Rents collected by secured creditor prior to Trustee's appointment. Turned over pursuant to settlement between the Trustee and Grand Pacific, which was approved by Court order entered 8/14/23. | 0.00 | 19,297.36 | | 19,297.36 | FA |
| 25 | Insurance premium refunds (u)<br>Insurance refunds for insurance in place during the operation of the Estate during Chapter 7. | 0.00 | 16,781.04 | | 0.00 | FA |
| 26 | Southern California Edison refunds (u)<br>Refund of Southern California Edison fees paid during operations.  The Trustee was expecting another refund for a total of $8,722.51; however, it is subject to set-of approximately $5,972.81 for outstanding charges.  The Trustee believes that the difference of $2,7489.70 is inconsequential in the context of this case and does not justify delaying the closing of the Estate. | 0.00 | 7,979.13 | | 0.00 | FA |
| 27 | Phillips and Company "unearned" retainer (u)<br>Turnover of the unused portion of retainer held by Phillips and Company. | 0.00 | 4,648.54 | | 4,648.54 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 765.22 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$24,529,138.49** | **$16,621,529.45** | | **$14,130,612.36** | **$0.00** |

**Major activities affecting case closing:**
TRUSTEE'S FINAL REPORT (TFR)
The Trustee submitted his TFR to the OUST on or about 8/18/25.
********************
INTERIM REPORT PERIOD THROUGH 3/31/25
The case was originally filed as Ch. 11 but was converted to Ch. 7 by Court order entered 5/2/23.  The Trustee was appointed on 5/4/23.  The Trustee employed counsel and accountants.  The Trustee received authority from the Court to operate the Debtor's business for a period of one year so that the real property and business could be liquidated for the benefit of creditors.  He also stipulated with secured creditors to use cash collateral.  The Trustee sold the real property pursuant to Court order entered 9/15/23, and he filed his notice of cessation of operations on 11/21/23.  The Trustee sold machinery and equipment pursuant to Court order entered 3/20/24.  He settled with Dan Wolfe and affiliated companies by Court order entered 4/17/24.  Leases and contracts not otherwise assumed through the sale of real estate were deemed rejected as of 10/1/23, by Court order entered 8/30/23 and operation of law.  He is currently administering the other assets of the Estate.  The Trustee has reviewed claims against the Estate and has reduced two of the three disputed claims.  The claim of Messina & Hankin asserts a secured claim against the actions in litigation entitled David Wherly v. Hawthorne Hangar Operations, LP and Hawthorne Hangar Operations, LLC v. Hawthorne Airport LLC.  Both are closed with no recovery to the Estate.  The remaining asset of the estate is the Estate's interest in any recovery from the lawsuit entitled HHO, et al. v. Production Capital, et al. which recently settled.  The Estate anticipates recovering approximately $220,000 in fees for this action.  With this recovery all assets of the Estate of value have been monetized.
********************
QUARTERLY REVIEW PERIOD THROUGH 12/31/24
The case was originally filed as Ch. 11, but was converted to Ch. 7 by Court order entered 5/2/23.  The Trustee was appointed on 5/4/23.  The Trustee employed counsel and accountants.  The Trustee received authority from the Court to operate the Debtor's business for a period of one year so that the real property and business could be liquidated for the benefit of creditors.  He also stipulated with

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

secured creditors to use cash collateral. The Trustee sold the real property pursuant to Court order entered 9/15/23, and filed his notice of cessation of operations on 11/21/23.  The Trustee sold machinery and equipment pursuant to Court order entered 3/20/24.  He settled with Dan Wolfe and affiliated companies by Court order entered 4/17/24.  Leases and contracts not otherwise assumed through the sale of real estate were deemed rejected as of 10/1/23, by Court order entered 8/30/23 and operation of law.  He is currently administering the other assets of the Estate. The Trustee is reviewing claims.
********************

QUARTERLY REVIEW PERIOD THROUGH 9/30/24
The case was originally filed as Ch. 11, but was converted to Ch. 7 by Court order entered 5/2/23.  The Trustee was appointed on 5/4/23.  The Trustee employed counsel and accountants.  The Trustee received authority from the Court to operate the Debtor's business for a period of one year so that the real property and business could be liquidated for the benefit of creditors.  He also stipulated with secured creditors to use cash collateral. The Trustee sold the real property pursuant to Court order entered 9/15/23, and filed his notice of cessation of operations on 11/21/23.  The Trustee sold machinery and equipment pursuant to Court order entered 3/20/24.  He settled with Dan Wolfe and affiliated companies by Court order entered 4/17/24.  Leases and contracts not otherwise assumed through the sale of real estate were deemed rejected as of 10/1/23, by Court order entered 8/30/23 and operation of law.  He is currently administering the other assets of the Estate. The Trustee is reviewing claims.
********************

QUARTERLY REVIEW PERIOD THROUGH 6/30/24
The case was originally filed as Ch. 11, but was converted to Ch. 7 by Court order entered 5/2/23.  The Trustee was appointed on 5/4/23.  The Trustee employed counsel and accountants.  The Trustee received authority from the Court to operate the Debtor's business for a period of one year so that the real property and business could be liquidated for the benefit of creditors.  He also stipulated with secured creditors to use cash collateral. The Trustee sold the real property pursuant to Court order entered 9/15/23, and filed his notice of cessation of operations on 11/21/23.  The Trustee sold machinery and equipment pursuant to Court order entered 3/20/24.  He settled with Dan Wolfe and affiliated companies by Court order entered 4/17/24.  Leases and contracts not otherwise assumed through the sale of real estate were deemed rejected as of 10/1/23, by Court order entered 8/30/23 and operation of law.  He is currently administering the other assets of the Estate. The Trustee is reviewing claims.
********************

INTERIM REPORT PERIOD THROUGH 3/31/24
The case was originally filed as Ch. 11, but was converted to Ch. 7 by Court order entered 5/2/23.  The Trustee was appointed on 5/4/23.  The Trustee employed counsel and accountants.  The Trustee received authority from the Court to operate the Debtor's business for a period of one year so that the real property and business could be liquidated for the benefit of creditors.  He also stipulated with secured creditors to use cash collateral. The Trustee sold the real property pursuant to Court order entered 9/15/23, and filed his notice of cessation of operations on 11/21/23.  The Trustee sold machinery and equipment pursuant to Court order entered 3/20/24.  He also seeking Court approval of his settlement with Dan Wolfe and affiliated companies.  Leases and contracts not otherwise assumed through the sale of real estate are deemed rejected as of 10/1/23, by Court order entered 8/30/23 and operation of law.  He is currently administering the other assets of the Estate. While the claims bar date has passed, they have not been reviewed.
********************

QUARTERLY REVIEW PERIOD THROUGH 12/31/23
The case was originally filed as Ch. 11, but was converted to Ch. 7 by Court order entered 5/2/23.  The Trustee was appointed on 5/4/23.  The Trustee employed counsel and accountants.  The Trustee received authority from the Court to operate the Debtor's business for a period of one year so that the real property and business could be liquidated for the benefit of creditors.  He also stipulated with secured creditors to use cash collateral. The Trustee sold the real property pursuant to Court order entered 9/15/23, and filed his notice of cessation of operations on 11/21/23.  He is currently administering the other assets of the Estate. While the claims bar date has passed, they have not been reviewed.
********************

QUARTERLY REVIEW PERIOD THROUGH 9/30/23
The case was originally filed as Ch. 11, but was converted to Ch. 7 by Court order entered 5/2/23.  The Trustee was appointed on 5/4/23.  The Trustee employed counsel and accountants.  The Trustee received authority from the Court to operate the Debtor's business for a period of one year so that the real property and business could be liquidated for the benefit of creditors.  He also stipulated with secured creditors to use cash collateral. The Trustee sold the real property pursuant to Court order entered 9/15/23, and he will administer the other assets of the Estate. While the claims bar date has passed, they have not been reviewed.
********************

QUARTERLY REVIEW PERIOD THROUGH 6/30/23
The case was originally filed as Ch. 11, but was converted to Ch. 7 by Court order entered 5/2/23.  The Trustee was appointed on 5/4/23.  The Trustee received authority from the Court to operate the Debtor's business for a period of one year so that the real property and business could be liquidated for the benefit of creditors.  He also stipulated with secured creditors to use cash collateral. The Trustee employed counsel and accountants.  The Trustee is in the process of marketing the real property for sale and liquidation of the other assets of the Estate, as well as administering the other assets of the Estate. The claims bar date has been set.
********************

GENERAL:
This Case commenced as a voluntary Chapter 11 on 3/26/23, and the case was converted to Chapter 7 on 5/2/23.

The first 341(a) meeting was held on 6/14/23.

On 6/14/23, the Trustee continued the 341(a) meeting to 6/26/23.

On 6/26/23, the Trustee concluded the meeting.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

\*\* Order Converting Case to Chapter 7
Entered: 5/2/23

\*\* Notice of appointment and acceptance of trustee Filed by Trustee Peter J Mastan (TR).
Entered: 5/4/23

\*\* Order 1) granting the motion and 2) approving the stipulation authorizing ch 7 trustee's use of cash collateral rents and granting adequate protection to secured creditors (see order for details)
Entered: 6/2/23

\*\* Order Granting Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1) (BNC-PDF) Richard T Baum as Attorney for D-I-P from 3/26 - 3/29/2023
Entered: 6/22/23

\*\* Status report Joint Status Report re Use of Cash Collateral Rents Filed by Trustee Peter J Mastan (TR)
Entered: 6/28/23

\*\* Order granting Chapter 7 Trustee's motion for order extending time to assume or reject all executory contracts and unexpired leases pursuant to 11 U.S.C. § 365(d)(1)
Entered: 7/5/23

\*\* Order Granting Final Order 1) granting the motion and 2) approving the stipulation authorizing ch. 7 trustee's use of cash collateral rents and granting adequate protection to secured creditors Motion To Use Cash Collateral
Entered: 7/14/23

\*\* Order Granting Motion to Approve Compromise under Rule 9019 and mutual general release agreement between the trustee and Grand Pacific
Entered 8/14/23.

\*\* Order granting request for hearing on first interim applications of chapter 7 professionals for allowance of compensation and reimbursement of expenses (see order for details)
Entered: 10/4/23

\*\* Order of Distribution for Peter J Mastan (TR), Trustee, Period: to , Fees awarded: $385,788.47, Expenses awarded: $268.32; Awarded on 11/21/2023 (BNC-PDF) Signed on 11/21/2023. (WT) (Entered: 11/21/2023)\

\*\* Order (A) Denying application for order shortening response time for the request for an order to show cause; and (B) denying as premature the joint motion by chapter 7 trustee and JNA LLC for setting a hearing on the order to show cause (see order for details)
Entered: 12/5/23

\*\* Order to Show Cause by appearing and filing written explanation why party should not be held in contempt (see order for details)
Entered: 12/12/23

\*\* Vacating an order re order to show cause
Filed: 1/4/24

\*\* Order Granting Motion to set a hearing on second interim applications of chapter 7 trustee and the estate's professionals for allowance of compensation and reimbursement of expenses
Entered: 9/9/24

\*\* Order of Distribution for Peter J Mastan (TR), Trustee Chapter 7, Period: 11/1/2023 to 10/29/2024, Fees awarded: $24286.53, Expenses awarded: $88.73; Awarded on 11/27/2024
Entered: 11/27/24

\*\* Order of Distribution for Gonzalez & Gonzalez Law, P.C., Debtor's Attorney, Period: to , Fees awarded: $73805, Expenses awarded: $774.60; Awarded on 12/4/2024
Entered: 12/4/24

\*\* Order of Distribution for Richard T Baum, Debtor's Attorney, Period: to , Fees awarded: $7681.70, Expenses awarded: $0; Awarded on 12/17/2024
Entered: 12/17/24

\*\* Request for court costs Filed by Trustee Peter J Mastan (TR).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Filed: 7/20/25

** Notice to professionals to file application for compensation with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed: 7/22/25

** Notice to Pay Court Costs Due Sent To: Peter Masten, trustee, Total Amount Due $0.
Entered: 7/21/25

PROFESSIONAL:

The Trustee employed Dinsmore & Shohl LLP as his general counsel.

** Order Granting Application to Employ Dinsmore & Shohl LLP as General Bankruptcy Counsel for Chapter 7 Trustee Peter J. Mastan
Entered: 6/22/23

** Order of Distribution for Dinsmore & Shohl LLP, Trustee's Attorney, Period: to , Fees awarded: $494,586.50, Expenses awarded: $4424.66; Awarded on 11/21/2023
Entered: 11/21/23

** Order of Distribution for Dinsmore & Shohl LLP, Trustee's Attorney, Period: 9/1/2023 to 9/30/2024, Fees awarded: $357604, Expenses awarded: $5560.21; Awarded on 11/27/2024
Entered: 11/27/24

** Application for Compensation (Third & Final) for allowance of Payment of Compensation and Reimbursement of Expenses; Declaration of Lovee D. Sarenas; Declaration of Peter J. Mastan; Proof of Service for Lovee D Sarenas, Trustee's Attorney, Period: 10/1/2024 to 8/14/2025, Fee: $144064.00, Expenses: $172.53.
Filed: 8/14/25

The Trustee employed SLBiggs as the Estate's accountant.

** Order Granting Application to Employ SLBIGGS (BNC-PDF)
Entered: 6/8/23

** Order of Distribution for SLBIGGS, Accountant, Period: to , Fees awarded: $27,513.50, Expenses awarded: $208.69; Awarded on 11/21/2023
Entered 11/21/23.

** Order of Distribution for SLBiggs, Accountant, Period: to , Fees awarded: $82996.00, Expenses awarded: $548.16; Awarded on 12/5/2024
Entered: 12/5/24

** Application for Compensation Accountant's Third and Final Application for Approval of Compensation and Reimbursement of Costs; Declarations of Samuel R. Biggs and Peter J. Mastan, Trustee for SLBiggs, Accountant, Period: 9/1/2024 to 8/14/2025, Fee: $22,853.00, Expenses: $274.98. Filed by Accountant SLBiggs.
Filed: 8/15/25

The Trustee employed Berkshire Hathaway, EXP Commercial and Evangelo Karantonis as real estate brokers.

** Order Granting Application to Employ Berkshire Hathaway, EXP Commercial and Evangelo Karantonis as Real Estate Brokers
Entered: 9/12/23

The Trustee employed Marshack Hays Wood LLP as his special appellate counsel.

** Order Granting Application to Employ Marshack Hays Wood LLP
Entered 10/19/23.

** Application for Compensation First and Final Application for Payment of Fees and Expenses, with Proof of Service for Marshack Hays Wood LLP, Special Counsel, Period: 9/14/2023 to 8/12/2025, Fee: $3,287.00, Expenses: $287.79.
Filed: 8/12/25

CLAIMS:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 7

Notification of Asset Case was filed on 5/8/23.
Claims Bar Date: 8/11/23
Gov't Claims Bar Date: 9/22/23
Ch. 11 Claims Bar Date:  7/5/24

Claims reviewed.

** Order Granting Motion to (1) set a bar date for filing chapter 11 administrative claims; (2) approve the form, manner, and scope of notice thereof; and (3) approve an administrative proof of claim To Set Last Day To File Proofs of Claim form
Entered: 6/4/24

** Notice of Chapter 11 Bar Date: July 5, 2024 Filed by Trustee Peter J Mastan (TR)
Entered 6/4/24.

** Order Granting Stipulation and ORDER thereon to disallow and reclassify claim no 6 of Ernest J. Franceschi, Jr.
Entered: 2/6/25

** Order Granting Stipulation and Order thereon for partial allowance of claim no 7 of Steinberg Law
Entered 4/25/25

TAXES:
All tax returns filed with the taxing authorities.  Given that Debtor is a partnership, tax clearance is not required for final tax returns.

ADMIN. STATUS:
The Trustee sold the real property and business pursuant to Court order entered 8/30/23.

** Order Granting Motion for the entry of an order: approving sale of real property to 3507 JNA LLC free and clear of all liens, claims, and interests; determining that the buyer is a good faith purchaser under 11 U.S.C. Section 363(m); approving the assumption and assignment of executory contracts, unexpired leases and other contracts; and granting related relief
Entered 8/30/2023

** Order Granting Motion approving sale and bid procedures in connection with sale of real property free and clear of all interests, approving the form and manner of notice of the bid procedures; scheduling an auction and sale hearing, approving the procedures for determining cure amounts for assumed contracts; and approving break-up fee (see order for details and attachments)
Entered: 8/2/23

** Statement re Chapter 7 Trustee's Report of Sale Filed by Trustee Peter J Mastan (TR).
Filed: 9/20/23

** Statement (Amended) re Chapter 7 Trustee's Report of Sale with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed: 07/03/2025)

The Debtor's bank accounts were closed and the funds were deposited into DIP accounts when the case was filed.  When the case converted to Ch. 7, the funds were turned over to the Trustee, except for one account, through which two of the tenants were making monthly rent payments.

The Trustee sold the fixtures, equipment and the "machine" by Court order.

** Order Granting Trustee's motion for the entry of an order: (A) approving sale of equipment free and clear of all interests; (B) approving notice and overbid procedures; and (C) granting 11 U.S.C. § 363(m) protective to buyer as a good faith purchaser (BNC-PDF)
Entered: 03/20/24

** Statement Re Chapter 7 Trustees Report of Sale with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed: 5/3/24

The Trustee operated Debtor's business pursuant to the conversion order entered 5/2/23.

** Monthly Operating Report. Operating Report Number: 1. For the Month Ending May 31, 2023 with Proof of Service Filed by Trustee Peter J Mastan (TR).

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Filed: 6/14/23

** Monthly Operating Report. Operating Report Number: 2. For the Month Ending June 30, 2023 with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed: 7/6/23

** Monthly Operating Report. Operating Report Number: 3. For the Month Ending July 31, 2023 with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed: 8/2/23

** Monthly Operating Report. Operating Report Number: 4. For the Month Ending August 31, 2023 with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed: 9/15/23

** Monthly Operating Report. Operating Report Number: 5. For the Month Ending September 30, 2023 with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed 10/4/23

** Monthly Operating Report. Operating Report Number: 6. For the Month Ending October 31, 2023 (Amended) with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed: 11/06/2023)

** Monthly Operating Report. Operating Report Number: 7. For the Month Ending November 30, 2023 with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed: 12/6/23

** Notice of Trustee's Cessation of Business Operations by Estate with Proof of Service Filed by Trustee Peter J Mastan (TR).
Filed: 11/21/23

The Trustee settled with Dan Wolfe and his entities pursuant to Court order entered 4/17/24.

** Order Granting Motion to Approve Compromise under Rule 9019 and Mutual Release Agreement between the Trustee And Wolfe Parties
Entered 4/17/24.

The Trustee is evaluating the various scheduled lawsuits, and determining if and how those lawsuits and claims can be pursued. [See Below].

INSURANCE:
The Estate had liability insurance for the property as well as for the storage tanks; however, they were closed due to sale of the real property.

PENDING LITIGATION
The Trustee evaluated the various below scheduled lawsuits and pursued as appropriate.

Messina & Hankin, LLP v. Dan Wolfe, Dan Wolfe as Trustee of the Wolfe Family Trust of 1992, Wolfe Air Aviation, Ltd, and Hawthorne Hangar Operations
LASC 22STCV23548

Hawthorne Hangar Operations, LP, Dan Wolfe, an individual; Dan Wolfe, Trustee of the Wolfe Family Trust of 1992
LASC 21STCV39700
Settled pursuant to Court order entered 4/17/24.

David Wehrly v. Hawthorne Hangar Operations, LP
LASC 21STCP00556
Resolved as part of Court-approved sale of real estate.

Dan Wolfe v. S. Keven Steinberg, dba Steinberg Law
LASC 20STCV32017
Resolved per stipulation re settlement of Steinberg Law claim, which was approved by Court order entere4d 4/25/25.

**Initial Projected Date of Final Report (TFR):**  March 31, 2026       **Current Projected Date of Final Report (TFR):**  August 18, 2025 (Actual)

**FORM 1**

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:  9

| September 08, 2025 | /s/ Peter J Mastan |
| --- | --- |
| Date | Peter J Mastan |

**Form 2**

Exhibit B

**Cash Receipts and Disbursements Record**

Page: 1

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
| Case Name: | Hawthorne Hangar Operations LP | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9707 - General Checking |
| Taxpayer ID#: | **-***5430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/07/23 | Asset #22 | Reynolds v State Compensation Insurance Fund SCSCCLA | Settlement payment for class action lawsuit. | | 1249-000 | 259.48 | | 259.48 |
| 06/27/23 | Asset #23 | State Compensation Insurance Fund | Dividend payment from State Compensation Insurance Fund. | | 1229-000 | 518.00 | | 777.48 |
| 09/15/23 | Asset #12 | First American Title Insurance Com | Incoming wire from First American Title re funds to be distributed from escrow on the sale of the real property to David Wehrle pursuant to Court ordered settlement.  As these funds are also listed as a distribution in the final sales wire, this transaction is not compensable. | | 1110-000 | 1,525,000.00 | | 1,525,777.48 |
| 09/15/23 | 1001 | David Wehrly | Payment of secured claim, paid pursuant to Court order entered 8/30/23. | | 4120-000 | | 1,525,000.00 | 777.48 |
| 09/20/23 | | A & A Escrow Services Inc | Incoming wire re Sale of Real Property. | | | 1,571,450.58 | | 1,572,228.06 |
| 09/20/23 | Asset #12 | | Sale of real property. | 13,350,000.00 | 1110-000 | | | 1,572,228.06 |
| 09/20/23 | Asset #21 | Peter J. Mastan, Trustee of Hawthorne Hangar Operations | OA Capital Reserves at $590.20/month ly from 9/15/23 to 10/1/23. | 314.77 | 1230-000 | | | 1,572,228.06 |
| 09/20/23 | Asset #21 | Peter J. Mastan, Trustee of Hawthorne Hangar Operations | OA Operating Expenses at $1,891.55/monthly from 9/15/23 to 10/1/23. | 1,008.83 | 1230-000 | | | 1,572,228.06 |
| 09/20/23 | | Grand Pacific Financing Corporation | Principal balance. | -9,311,299.87 | 4110-000 | | | 1,572,228.06 |
| 09/20/23 | Asset #12 | Peter J. Mastan, Trustee of Hawthorne Hangar Operations | Disbursement to BK Estate per court order. | -1,525,000.00 | 1110-000 | | | 1,572,228.06 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 2

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 23-11789 BR | | **Trustee:** | Peter J Mastan | |
| **Case Name:** | Hawthorne Hangar Operations LP | | **Bank Name:** | Flagstar Bank, N.A. | |
| | | | **Account:** | ******9707 - General Checking | |
| **Taxpayer ID#:** | **-***5430 | | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 09/08/25 | | **Separate Bond:** | N/A | |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/20/23 | | Mary E. Gram Attorney, Inc. | Principal Balance. | -303,058.80 | 4120-000 | | | 1,572,228.06 |
| 09/20/23 | | Berkshire Hathaway | Commissions. | -267,000.00 | 3510-000 | | | 1,572,228.06 |
| 09/20/23 | | Evangelo Karantonis dba MNK CRE | Commission | -134,500.00 | 3510-000 | | | 1,572,228.06 |
| 09/20/23 | | Exp. Commercial of California | Commission charges. | -132,500.00 | 3510-000 | | | 1,572,228.06 |
| 09/20/23 | | Los Angeles County Treasurer and Tax Collector | 2nd 1/2 taxes 2022-2023 + penalty through Sept. | -37,645.75 | 4700-000 | | | 1,572,228.06 |
| 09/20/23 | | Los Angeles County Treasurer and Tax Collector | Transfer Tax - County to Los Angeles County | -14,685.00 | 4700-000 | | | 1,572,228.06 |
| 09/20/23 | | Los Angeles County Treasurer and Tax Collector | 1st 1/2 taxes 2023-2024 (estimated) at $32,856.57/semi-annually from 7/1/23 to 9/15/23. | -13,507.70 | 4700-000 | | | 1,572,228.06 |
| 09/20/23 | | Peter J. Mastan, Trustee | Prorated rents | -12,588.51 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | A&A Escrow Services, Inc. | Escrow Fee | -12,015.00 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | First American Title Company | Owners Title Insurance | -8,678.00 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | Kearny Real Estate Company | Expense, reserves & water/sewer gas balance. | -5,186.00 | 2690-000 | | | 1,572,228.06 |
| 09/20/23 | | Evangelo Karantonis | Reimbursement for property expenses. | -892.28 | 2500-000 | | | 1,572,228.06 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit B

Page: 3

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Hawthorne Hangar Operations LP | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9707 - General Checking |
| Taxpayer ID#: | **-***5430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/20/23 | | Century Business Center Owners Assoc. | Additional water/sewer gas balance. | -310.11 | 2690-000 | | | 1,572,228.06 |
| 09/20/23 | | First American Title Company | Recording Quitclaim Deeds - Wehrly to Estate | -292.00 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | First American Title Company | Recording Reconveyance post closing-Hold | -250.00 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | First American Title Company | Recording Court Order Approving Sale | -80.00 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | A&A Escrow Services Inc | 1099 Process Fee | -75.00 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | A&A Escrow Services Inc | Drawing Documentation Fee | -75.00 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | A&A Escrow Services Inc | File Archive Fee* to Archive It! | -50.00 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | First American Title Company | Recording Reconveyance | -46.00 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | A&A Escrow Services Inc | Messenger/Fed Ex Fees | -35.00 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | First American Title Company | Recording Satisfaction of Judgment | -32.00 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | First American Title Company | Recording Release of Lis Pendens | -26.00 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | A&A Escrow Services Inc | Wire Fee | -25.00 | 2500-000 | | | 1,572,228.06 |

Exhibit B

## Form 2
## Cash Receipts and Disbursements Record

Page: 4

| | | | | |
|---|---|---|---|
| **Case Number:** | 23-11789 BR | **Trustee:** | Peter J Mastan |
| **Case Name:** | Hawthorne Hangar Operations LP | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******9707 - General Checking |
| **Taxpayer ID#:** | **-***5430 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/08/25 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/20/23 | | First American Title Company | Wire Fee                                    -12.50 | 2500-000 | | | 1,572,228.06 |
| 09/20/23 | | First American Title Company | Messenger Fee                               -7.50 | 2500-000 | | | 1,572,228.06 |
| 09/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,087.62 | 1,571,140.44 |
| 10/17/23 | | From Account# XXXXXX0926 | Transfer from account 0926 to 9707<br>Transfer to general account. | 9999-000 | 129,523.81 | | 1,700,664.25 |
| 10/17/23 | | From Account# XXXXXX0918 | Transfer from account 0918 to 9707<br>Transfer to general account. | 9999-000 | 43,603.85 | | 1,744,268.10 |
| 10/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,762.51 | 1,741,505.59 |
| 11/20/23 | | From Account# XXXXXX9715 | Transfer from account 9715 to 9707<br>Transfer of operating account funds to general account. | 9999-000 | 145,903.75 | | 1,887,409.34 |
| 11/21/23 | 1002 | Peter J Mastan | Trustee's first interim compensation pursuant to Court order entered 11/21/23. | 2100-000 | | 385,788.47 | 1,501,620.87 |
| 11/21/23 | 1003 | Peter J Mastan | Trustee's first interim expenses pursuant to Court order entered 11/21/23. | 2200-000 | | 268.32 | 1,501,352.55 |
| 11/21/23 | 1004 | Dinsmore & Shohl LLP | Trustee's counsel's first interim fees paid pursuant to Court order entered 11/21/23. | 3110-000 | | 494,586.50 | 1,006,766.05 |
| 11/21/23 | 1005 | Dinsmore & Shohl LLP | Trustee's counsel's first interim expenses paid pursuant to Court order entered 11/21/23. | 3120-000 | | 4,424.66 | 1,002,341.39 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit B

Page: 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 23-11789 BR | | | Trustee: | Peter J Mastan | |
| Case Name: | Hawthorne Hangar Operations LP | | | Bank Name: | Flagstar Bank, N.A. | |
| | | | | Account: | ******9707 - General Checking | |
| Taxpayer ID#: | **-***5430 | | | Blanket Bond: | $5,000,000.00 (per case limit) | |
| Period Ending: | 09/08/25 | | | Separate Bond: | N/A | |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/23 | 1006 | SLBiggs a division of SingerLewak | Accountant's first interim fees paid pursuant to Court order entered 11/21/23. | 3410-000 | | 27,513.50 | 974,827.89 |
| 11/21/23 | 1007 | SLBiggs a division of SingerLewak | Accountant's first interim expenses paid pursuant to Court order entered 11/21/23. | 3992-000 | | 208.69 | 974,619.20 |
| 11/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,906.99 | 971,712.21 |
| 12/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,635.43 | 970,076.78 |
| 01/10/24 | | First Insurance Funding | Partial refund of insurance premium | 2690-000 | | -31.31 | 970,108.09 |
| 01/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,625.67 | 968,482.42 |
| 02/07/24 | | Southern California Edison | Refund of overpayment of electrical utilities. | 2690-000 | | -65.21 | 968,547.63 |
| 02/08/24 | | ACRISURE OF CALIFORNIA, LLC | Insurance premium refunds | 2690-000 | | -16,749.73 | 985,297.36 |
| 02/08/24 | Asset #11 | S. BISMARCK BRACKETT | Equipment sale payment, subject to Court approval. | 1129-000 | 55,000.00 | | 1,040,297.36 |
| 02/23/24 | | To Account# XXXXXX0628 | Transfer from account 9707 to 0628<br>Transfer of sales funds to segregated account awaiting for Court approval of assignment agreement | 9999-000 | | 55,000.00 | 985,297.36 |
| 02/28/24 | 1008 | International Sureties, Ltd. | Bond #612419603 | 2300-000 | | 1,423.42 | 983,873.94 |
| 02/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,698.37 | 982,175.57 |
| 03/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,596.67 | 980,578.90 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page:  6

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Hawthorne Hangar Operations LP | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9707 - General Checking |
| Taxpayer ID#: | **-***5430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/11/24 | | From Account# XXXXXX0628 | Transfer of settlement funds from segregated account to general account after approval of settlement by Court. | 9999-000 | 55,000.00 | | 1,035,578.90 |
| 04/15/24 | | Edison International | Refund of utilities paid to Southern CA Edison. | 2690-000 | | -7,913.92 | 1,043,492.82 |
| 04/30/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,652.13 | 1,041,840.69 |
| 05/07/24 | Asset #22 | CPT Group, Inc. | Redistribution check re Reynolds v. State Compensation Insurance Settlement lawsuit. | 1249-000 | 64.46 | | 1,041,905.15 |
| 05/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,693.07 | 1,040,212.08 |
| 06/28/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,690.34 | 1,038,521.74 |
| 07/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,687.60 | 1,036,834.14 |
| 08/30/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,684.86 | 1,035,149.28 |
| 09/30/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,682.12 | 1,033,467.16 |
| 10/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,679.38 | 1,031,787.78 |
| 11/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,618.84 | 1,030,168.94 |
| 12/06/24 | 1009 | Peter J Mastan | Second Interim fees for Trustee pursuant to Court order entered 11/27/24. | 2100-000 | | 24,286.53 | 1,005,882.41 |
| 12/06/24 | 1010 | Peter J Mastan | Second Interim Trustee expenses pursuant to Court order entered 11/27/24. | 2200-000 | | 88.73 | 1,005,793.68 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 7

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
| Case Name: | Hawthorne Hangar Operations LP | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9707 - General Checking |
| Taxpayer ID#: | **-***5430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/24 | 1011 | Dinsmore & Shohl LLP | Second interim fees of Trustee's counsel paid pursuant to Court order entered 11/27/24. | 3110-000 | | 357,604.00 | 648,189.68 |
| 12/06/24 | 1012 | Dinsmore & Shohl LLP | Second Interim expenses of Trustee's counsel paid pursuant to Court order entered 11/27/24. | 3120-000 | | 5,560.21 | 642,629.47 |
| 12/12/24 | 1013 | SLBiggs a division of SingerLewak | Second interim fees of Trustee's accountant, paid pursuant to Court order entered 12/5/24. | 3410-000 | | 82,996.00 | 559,633.47 |
| 12/12/24 | 1014 | SLBiggs a division of SingerLewak | Second interim expenses paid pursuant to Court order entered 12/5/24. | 3992-000 | | 548.16 | 559,085.31 |
| 12/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,246.49 | 557,838.82 |
| 01/07/25 | 1015 | Richard T. Baum | Ch. 11 admin claim paid pursuant to Court order entered 12/17/24. | 6210-000 | | 1,800.00 | 556,038.82 |
| 01/28/25 | 1016 | International Sureties, Ltd. | Bond #612419603 | 2300-000 | | 1,062.38 | 554,976.44 |
| 01/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 905.07 | 554,071.37 |
| 02/03/25 | | To Account# XXXXXX6389 | Transfer to interest bearing account/money market account pursuant to US Trustee guidelines.<br><br>Transfer from account XXXXXX9707 to XXXXXX6389 | 9999-000 | | 454,073.17 | 99,998.20 |
| 02/28/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.30 | 99,755.90 |
| 03/26/25 | Asset #27 | Phillips and Company | Return of "unearned" portion of retainer. | 1229-000 | 4,648.54 | | 104,404.44 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit B

Page:  8

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
| Case Name: | Hawthorne Hangar Operations LP | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9707 - General Checking |
| Taxpayer ID#: | **-***5430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.08 | 104,241.36 |
| 04/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.39 | 104,071.97 |
| 05/01/25 | Asset #17 | JAMISON LAW FIRM PC | Turnover of settlement funds in Hawthorne Hanger, Dan Wolfe, et al v. Production Capital pursuant to Court order entered 3/20/24. | 1149-000 | 222,325.00 | | 326,396.97 |
| 05/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 518.36 | 325,878.61 |
| 06/09/25 | | To Account# XXXXXX6389 | Transfer of funds to money market account.<br><br>Transfer from account XXXXXX9707 to XXXXXX6389 | 9999-000 | | 225,878.61 | 100,000.00 |
| 06/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 280.91 | 99,719.09 |
| 07/15/25 | | To Account# XXXXXX6389 | Transfer to MMA<br><br>Transfer from account XXXXXX9707 to XXXXXX6389 | 9999-000 | | 50,000.00 | 49,719.09 |
| 07/31/25 | | From Account# XXXXXX6389 | Transfer to general account.<br><br>Transfer from account XXXXXX6389 to XXXXXX9707 | 9999-000 | 725,726.19 | | 775,445.28 |
| 07/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.11 | 775,325.17 |

**Form 2**

Exhibit B

**Cash Receipts and Disbursements Record**

Page: 9

| | | |
|---|---|---|
| **Case Number:** | 23-11789 BR | |
| **Case Name:** | Hawthorne Hangar Operations LP | |
| **Taxpayer ID#:** | **-***5430 | |
| **Period Ending:** | 09/08/25 | |

| | |
|---|---|
| **Trustee:** | Peter J Mastan |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******9707 - General Checking |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/05/25 | | From Account# XXXXXX6389 | Balance transfer from MMA x3689 to Checking x9707<br><br>Transfer from account XXXXXX6389 to XXXXXX9707 | 9999-000 | 4,990.81 | | 780,315.98 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 4,484,014.47 | 3,703,698.49 | $780,315.98 |
| Less: Bank Transfers | | 1,104,748.41 | 784,951.78 | |
| **Subtotal** | | **3,379,266.06** | **2,918,746.71** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$3,379,266.06** | **$2,918,746.71** | |

Exhibit B

## Form 2
## Cash Receipts and Disbursements Record

Page: 10

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Hawthorne Hangar Operations LP | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9715 - Operating Account |
| Taxpayer ID#: | **-***5430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/23 | Asset #21 | Fleet Unlimited Inc | May rent for Gyron & Wolfe Aviation. | 1230-000 | 1,800.00 | | 1,800.00 |
| 05/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,795.00 |
| 06/01/23 | | Flagstar Bank, N.A. | Refund - Bank and Technology Services Fee | 2600-000 | | -5.00 | 1,800.00 |
| 06/07/23 | Asset #21 | Hawthorne Hangar Operations, LP | May 2023 rent for Ampaire. | 1230-000 | 19,297.36 | | 21,097.36 |
| 06/08/23 | 100001 | AT&T | Account Number 831-001-1065 865. Telephone services from 5/11/23 thru 6/10/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 1,550.96 | 19,546.40 |
| 06/08/23 | 100002 | AT&T | Account: 831-000-8555 702. Telephone/internet services 4/11/23 thru 6/10/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 1,119.51 | 18,426.89 |
| 06/08/23 | 100003 | AT&T | Account: 252937849.  Internet services for 5/22/23 thru 6/21/23.  Paid pursuant to Court order entered 6/2/23 | 2690-000 | | 95.59 | 18,331.30 |
| 06/08/23 | 100004 | Bay Alarm Company | Account: 3292734. Monitoring Fee-Fire and Sprinkler Inspection Services 6/1/23 thru 8/31/23. Paid pursuant to Court order entered 6/2/23 | 2690-000 | | 905.97 | 17,425.33 |
| 06/08/23 | 100005 | City of Hawthorne Municipal Airport | Tarmac Rent - May and June 2023.  Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 3,000.00 | 14,425.33 |
| 06/08/23 | 100006 | Republic Services #902 | Account:  3-0902-0065043. Invoice Date 4/30/23 for services 5/1 thru 5/31.  Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 390.32 | 14,035.01 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit B

Page: 11

| | | |
|---|---|---|
| **Case Number:** | 23-11789 BR | |
| **Case Name:** | Hawthorne Hangar Operations LP | |
| **Taxpayer ID#:** | **-***5430 | |
| **Period Ending:** | 09/08/25 | |

| | |
|---|---|
| **Trustee:** | Peter J Mastan |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******9715 - Operating Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/08/23 | 100007 | Southern California Edison | Account:  700390673709. Utility services for 4/14/23 thru 5/14/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 12,726.62 | 1,308.39 |
| 06/09/23 | Asset #21 | Dan Wolfe | Wolfe rent for June 2023 (A Star/Gyron Rm) | 1230-000 | 1,800.00 | | 3,108.39 |
| 06/09/23 | Asset #21 | Hawthorne Hangar Operations, LP | June rent for Tesla. Payment does not include $9,397.58 electrical allocation due. | 1230-000 | 22,679.27 | | 25,787.66 |
| 06/12/23 | Asset #21 | Hawthorne Hangar Operations, LP | May rent for Tesla. Payment does not include $12,621.67 for electrical allocation. | 1230-000 | 22,679.27 | | 48,466.93 |
| 06/12/23 | Asset #21 | Ampaire Inc. | Income adjustment | 1230-000 | 4,006.84 | | 52,473.77 |
| 06/12/23 | Asset #21 | Ampaire Inc. | Income adjustment | 1230-000 | 15,290.52 | | 67,764.29 |
| 06/13/23 | 100008 | First Insurance Funding | Loan #xxx-98282429. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 4,277.09 | 63,487.20 |
| 06/30/23 | 100009 | Century Business Center Owne | Gas (5/1/23 thru 5/31/23) $2.47 Operating Expenses (6/1/23) $1,891.55 Capital Reserve (6/1/23) $590.20 Water/Sewer (6/1/23) $295.85 | 2690-000 | | 2,780.07 | 60,707.13 |
| 07/03/23 | 100010 | Southern California Edison | Account:  700390673709. Utility services for 5/15/23 thru 6/13/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 16,438.70 | 44,268.43 |
| 07/03/23 | 100011 | AT&T | Account Number 831-001-1065 865. Telephone services from 6/11/23 thru 7/10/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 1,550.96 | 42,717.47 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Hawthorne Hangar Operations LP | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9715 - Operating Account |
| Taxpayer ID#: | **-***5430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/03/23 | 100012 | AT&T | Account: 831-000-8555 702. Telephone/internet services 6/11/23 thru 7/10/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 1,119.51 | 41,597.96 |
| 07/03/23 | 100013 | AT&T | Account: 252937849.  Internet services for 6/22/23 thru 7/21/23.  Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 133.04 | 41,464.92 |
| 07/03/23 | 100014 | Bay Alarm Company | Account: 3292734. Monitoring Fee-Fire and Sprinkler Inspection Services 5/1/23 thru 5/31/23. Paid pursuant to Court order entered 6/2/23 | 2690-000 | | 301.99 | 41,162.93 |
| 07/03/23 | 100015 | Republic Services #902 | Account:  3-0902-0065043. Invoice Date 5/31/23 for services 6/1 thru 6/30.  Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 390.32 | 40,772.61 |
| 07/03/23 | 100016 | Century Business Center Owne | Operating Expenses (7/1/23) $1,891.55 Capital Reserve (7/1/23) $590.20 Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 2,481.75 | 38,290.86 |
| 07/03/23 | 100017 | Williams Scotsman, Inc. dba Mobile Mini | Invoice # 9017922219 dated 6/7/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 280.91 | 38,009.95 |
| 07/03/23 | 100018 | City of Hawthorne Municipal Airport | Tarmac Rent - July 2023.  Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 1,500.00 | 36,509.95 |
| 07/05/23 | Asset #21 | Hawthorne Hangar Operations, Inc | Turnover of Tesla's July rent and May/June electrical allocation. | 1230-000 | 44,406.40 | | 80,916.35 |
| 07/05/23 | Asset #21 | Riegl USA, Inc. | July 2023 rent for Riegl USA. | 1230-000 | 992.23 | | 81,908.58 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 13

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Hawthorne Hangar Operations LP | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9715 - Operating Account |
| Taxpayer ID#: | **-***5430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/05/23 | Asset #21 | Riegl USA, Inc. | June 2023 Rent for Riegl. | 1230-000 | 992.23 | | 82,900.81 |
| 07/06/23 | 100019 | Bay Alarm Company | Account: 3292734. Service call invoiced on 6/26/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 125.00 | 82,775.81 |
| 07/19/23 | Asset #21 | Gyron Eagle Ltd | July 2023 rent for Wolfe Air. | 1230-000 | 1,800.00 | | 84,575.81 |
| 07/19/23 | Asset #21 | Hawthorne Hangar Operations, LP | Tesla electrical allocation for July 2023. | 1230-000 | 9,015.32 | | 93,591.13 |
| 07/20/23 | Asset #21 | Ampaire Inc. | Ampaire July 2023 rent. | 1230-000 | 12,233.74 | | 105,824.87 |
| 07/20/23 | Asset #21 | Ampaire Inc. | Ampaire July 2023 rent. | 1230-000 | 4,006.84 | | 109,831.71 |
| 08/03/23 | 100020 | Hawthorne Police Department - Alarm Unit | Permit #19-420884.  Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 107.00 | 109,724.71 |
| 08/03/23 | 100021 | Williams Scotsman, Inc. dba Mobile Mini | Invoice # 9018432184 dated 8/2/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 284.91 | 109,439.80 |
| 08/03/23 | 100022 | Century Business Center Owne | Gas (5/31 thru 6/29) $2.38<br>Operating Expenses (8/1/23) $1,891.55<br>Capital Reserve (8/1/23) $590.20<br>Water/Sewer (5/13 thru 6/14) $319.35<br>Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 2,803.48 | 106,636.32 |
| 08/03/23 | 100023 | Republic Services #902 | Account:  3-0902-0065043. Invoice Date 6/30/23 for services 7/1 thru 7/31.  Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 403.92 | 106,232.40 |
| 08/03/23 | 100024 | First Insurance Funding | Loan #xxx-98282429. Notice Date 7/28/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 4,277.09 | 101,955.31 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit B

Page: 14

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Hawthorne Hangar Operations LP | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9715 - Operating Account |
| Taxpayer ID#: | **-***5430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/03/23 | 100025 | AT&T | Account Number 831-001-1065 865. Telephone services from 7/11/23 thru 8/10/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 1,550.96 | 100,404.35 |
| 08/03/23 | 100026 | AT&T | Account: 831-000-8555 702. Telephone/internet services 7/11/23 thru 8/10/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 1,119.51 | 99,284.84 |
| 08/03/23 | 100027 | AT&T | Account: 252937849.  Internet services for 7/22/23 thru 8/21/23.  Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 85.60 | 99,199.24 |
| 08/09/23 | Asset #21 | Hawthorne Hangar Operations, LP | Tesla rent for August 2023 and electrical allocation for July 2023. | 1230-000 | 22,636.46 | | 121,835.70 |
| 08/09/23 | Asset #21 | Hawthorne Hangar Operations, LP | August 2023 rent for Reigl USA. | 1230-000 | 992.23 | | 122,827.93 |
| 08/09/23 | Asset #21 | Ampaire Inc. | Ampaire August 2023 rent. | 1230-000 | 4,006.84 | | 126,834.77 |
| 08/10/23 | Asset #21 | Ampaire Inc. | Ampaire Rent for August 2023. | 1230-000 | 14,715.52 | | 141,550.29 |
| 08/10/23 | 100028 | Southern California Edison | Account:  700390673709. Utility services for 6/14/23 thru 7/16/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 19,287.74 | 122,262.55 |
| 08/10/23 | 100029 | Bay Alarm Company | Account: 3292734. Invoice # 20744492 invoiced on 8/1/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 905.97 | 121,356.58 |

**Form 2**

Exhibit B

**Cash Receipts and Disbursements Record**

Page: 15

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 23-11789 BR | | **Trustee:** | Peter J Mastan | |
| **Case Name:** | Hawthorne Hangar Operations LP | | **Bank Name:** | Flagstar Bank, N.A. | |
| | | | **Account:** | ******9715 - Operating Account | |
| **Taxpayer ID#:** | **-***5430 | | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 09/08/25 | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/23 | 100030 | GoTo Communications, Inc. | Invoices: IN7102093638 and IN7102003436. Customer ID:  CN-647707-1705.  Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 319.56 | 121,037.02 |
| 08/14/23 | Asset #21 | Dan Wolfe | August rent for Dan Wolfe. | 1230-000 | 1,800.00 | | 122,837.02 |
| 08/22/23 | 100031 | City of Hawthorne Municipal Airport | Tarmac Rent - August 2023.  Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 1,500.00 | 121,337.02 |
| 08/28/23 | Asset #21 | Hawthorne Hangar Operations, LP | Tesla July 2023 Electrical Allocation Payment | 1230-000 | 10,860.95 | | 132,197.97 |
| 08/28/23 | 100032 | B.I.G. Insurance Services | Account: HAWTHAN-01, Invoice 748260. Commercial Property Insurance Renewal. Paid with permission of secured creditors. | 2690-000 | | 12,974.00 | 119,223.97 |
| 08/28/23 | 100033 | B.I.G. Insurance Services | Account: HAWTHAN-01, Invoice 748272. Commercial Auto Insurance Renewal. Paid pursuant to budget order entered 6/2/23. | 2690-000 | | 269.00 | 118,954.97 |
| 09/01/23 | Asset #24 | GRAND PACIFIC FINANCING CORPORATIO | Incoming wire | 1222-000 | 19,297.36 | | 138,252.33 |
| 09/06/23 | Asset #21 | Hawthorne Hangar Operations, LP | Tesla rent for September 2023. | 1230-000 | 22,679.27 | | 160,931.60 |
| 09/06/23 | 100034 | Republic Services #902 | Account:  3-0902-0065043. Invoice Date 7/30/23 for services 8/1 thru 8/31.  Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 403.92 | 160,527.68 |
| 09/06/23 | 100035 | Century Business Center Owne | Gas (6/29 thru 7/31) $2.63<br>Operating Expenses (9/1/23) $1,891.55<br>Capital Reserve (9/1/23) $590.20<br>Water/Sewer (6/15 thru 7/17) $287.83<br>Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 2,772.21 | 157,755.47 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit B

Page: 16

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Hawthorne Hangar Operations LP | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9715 - Operating Account |
| Taxpayer ID#: | **-***5430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/23 | 100036 | City of Hawthorne Municipal Airport | Tarmac Rent - September 2023. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 1,500.00 | 156,255.47 |
| 09/06/23 | 100037 | AT&T | Account: 831-000-8555 702. Telephone/internet services 8/11/23 thru 9/10/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 1,119.51 | 155,135.96 |
| 09/06/23 | 100038 | AT&T | Account Number 831-001-1065 865. Telephone services from 8/11/23 thru 9/10/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 1,550.96 | 153,585.00 |
| 09/06/23 | 100039 | AT&T | Account: 252937849. Internet services for 8/22/23 thru 9/21/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 85.60 | 153,499.40 |
| 09/06/23 | 100040 | Southern California Edison | Account: 700390673709. Utility services for 7/17/23 thru 8/14/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 16,500.00 | 136,999.40 |
| 09/06/23 | 100041 | First Insurance Funding | Loan #xxx-98282429. Notice Date 8/30/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 4,277.09 | 132,722.31 |
| 09/06/23 | 100042 | Williams Scotsman, Inc. dba Mobile Mini | Invoice # 9018711514 dated 8/30/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 289.05 | 132,433.26 |
| 09/11/23 | Asset #21 | Riegl USA, Inc. | September 2023 Riegl USA rent payment. | 1230-000 | 992.23 | | 133,425.49 |
| 09/11/23 | Asset #21 | Ampaire Inc. | September rent for Ampaire Inc. | 1230-000 | 4,006.84 | | 137,432.33 |

**Form 2**

**Cash Receipts and Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 23-11789 BR | |
| **Case Name:** | Hawthorne Hangar Operations LP | |
| **Taxpayer ID#:** | **-***5430 | |
| **Period Ending:** | 09/08/25 | |

| | |
|---|---|
| **Trustee:** | Peter J Mastan |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******9715 - Operating Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/13/23 | 100043 | Southern California Edison | Account: 700390673709. Utility services for 7/17/23 thru 8/14/23. Remainder of amount owed. Paid pursuant to Court order entered 6/2/23 and with permission of secured lienholders. | 2690-000 | | 5,410.17 | 132,022.16 |
| 09/26/23 | Asset #21 | Hawthorne Hangar Operations, LP | Tesla Electrical Allocation for services through 8/14/23. [The entire amount belongs to the Estate.] | 1230-000 | 12,364.58 | | 144,386.74 |
| 09/26/23 | 100044 | Southern California Edison | Account: 700390673709. Utility services for 8/15/23 thru 9/13/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 23,434.99 | 120,951.75 |
| 10/05/23 | Asset #21 | Ampaire Inc. | Ampaire rent for September 2023. | 1230-000 | 14,715.52 | | 135,667.27 |
| 10/11/23 | 100045 | Republic Services #902 | Account: 3-0902-0065043. Invoice Date 9/30/23 for services 9/1 thru 9/30. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 403.92 | 135,263.35 |
| 10/27/23 | 100046 | Southern California Edison | Account: 700390673709. Final bill for utility services for 9/14/23 thru 9/20/23. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 5,878.01 | 129,385.34 |
| 10/27/23 | 100047 | AT&T | Account Number 831-001-1065 865. Telephone services from 10/11/23 thru 11/10/23. Utility not assumed by buyer. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 1,550.96 | 127,834.38 |
| 10/27/23 | 100048 | AT&T | Account: 831-000-8555 702. Telephone/internet services 10/11/23 thru 11/10/23. Account not assumed by buyer. Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 1,119.51 | 126,714.87 |

**Form 2**

**Cash Receipts and Disbursements Record**

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
| Case Name: | Hawthorne Hangar Operations LP | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9715 - Operating Account |
| Taxpayer ID#: | **-***5430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/07/23 | Asset #21 | Hawthorne Hangar Operations, LP | October 2023 Tesla Electrical Allocation for electrical services through 9/15/23.  The entirety of these funds belongs to the Estate. | 1230-000 | 19,197.44 | | 145,912.31 |
| 11/07/23 | 100049 | AT&T | Account: 252937849.  Final charges for internet services through 9/15/23  Paid pursuant to Court order entered 6/2/23. | 2690-000 | | 8.56 | 145,903.75 |
| 11/20/23 | | To Account# XXXXXX9707 | Transfer from account 9715 to 9707<br>Transfer of operating account funds to general account. | 9999-000 | | 145,903.75 | 0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 309,265.26 | 309,265.26 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 145,903.75 | |
| | | | **Subtotal** | | 309,265.26 | 163,361.51 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$309,265.26** | **$163,361.51** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Hawthorne Hangar Operations LP | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******0918 - Tax Turnover Checking Acct |
| Taxpayer ID#: | **-***5430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/23 | Asset #16 | State of California | Refund of overpayment of CA sales tax. | 1124-000 | 43,603.85 | | 43,603.85 |
| 05/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.43 | 43,568.42 |
| 06/01/23 | | Flagstar Bank, N.A. | Refund - Bank and Technology Services Fee | 2600-000 | | -35.43 | 43,603.85 |
| 10/17/23 | | To Account# XXXXXX9707 | Transfer from account 0918 to 9707<br>Transfer to general account. | 9999-000 | | 43,603.85 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | **43,603.85** | **43,603.85** | **$0.00** |
| Less: Bank Transfers | 0.00 | 43,603.85 | |
| **Subtotal** | **43,603.85** | **0.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$43,603.85** | **$0.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit B

Page: 20

| Case Number: | 23-11789 BR | Trustee: | Peter J Mastan |
|---|---|---|---|
| Case Name: | Hawthorne Hangar Operations LP | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******0926 - DIP Turnover Checking Acct |
| Taxpayer ID#: | **-***5430 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/23 | Asset #20 | Hawthorne Hangar Operations, LP | Turnover of funds in DIP Operating Account. Potentially subject to liens. | 1290-000 | 132,229.82 | | 132,229.82 |
| 05/12/23 | Asset #20 | Hawthorne Hangar Operations, LP | Turnover of funds in DIP Operating Account. Potentially subject to secured liens. | 1290-000 | 10,609.13 | | 142,838.95 |
| 05/18/23 | | Flagstar Bank | Refund: Service fee | 2600-000 | | -10.00 | 142,848.95 |
| 05/18/23 | Asset #20 | Hawthorne Hangar Operations, LP | NSF - Deposit #1002 - Turnover of funds in DIP Operating Account. Potentially subject to secured liens. | 1290-000 | -10,609.13 | | 132,239.82 |
| 05/18/23 | | Flagstar Bank | Service fee | 2600-000 | | 10.00 | 132,229.82 |
| 05/23/23 | Asset #20 | Hawthorne Hangar Operations, LP | Turnover of funds in DIP Operating Account. Potentially subject to secured liens.  Second attempt deposit for the NSF Deposit 1002. | 1290-000 | 10,609.13 | | 142,838.95 |
| 05/31/23 | 300001 | First Insurance Funding | Insurance Payment | 2690-000 | | 8,554.18 | 134,284.77 |
| 05/31/23 | 300002 | B.I.G. Insurance Services | HAWTHAN-01 | 2690-000 | | 4,760.96 | 129,523.81 |
| 05/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.11 | 129,464.70 |
| 06/01/23 | | Flagstar Bank, N.A. | Refund - Bank and Technology Services Fee | 2600-000 | | -59.11 | 129,523.81 |

**Form 2**
**Cash Receipts and Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 23-11789 BR | |
| **Case Name:** | Hawthorne Hangar Operations LP | |
| **Taxpayer ID#:** | **-***5430 | |
| **Period Ending:** | 09/08/25 | |

| | | |
|---|---|---|
| **Trustee:** | Peter J Mastan |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******0926 - DIP Turnover Checking Acct |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/17/23 | | To Account# XXXXXX9707 | Transfer from account 0926 to 9707<br>Transfer to general account. | 9999-000 | | 129,523.81 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 142,838.95 | 142,838.95 | $0.00 |
| Less: Bank Transfers | 0.00 | 129,523.81 | |
| **Subtotal** | 142,838.95 | 13,315.14 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$142,838.95** | **$13,315.14** | |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 23-11789 BR | Trustee: | Peter J Mastan |
|---|---|---|---|
| Case Name: | Hawthorne Hangar Operations LP | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******0628 - Segregated Checking |
| Taxpayer ID#: | **-***5430 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/24 | | From Account# XXXXXX9707 | Transfer from account 9707 to 0628<br>Transfer of sales funds to segregated account awaiting for Court approval of assignment agreement | 9999-000 | 55,000.00 | | 55,000.00 |
| 02/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.15 | 54,980.85 |
| 03/06/24 | | Flagstar Bank, N.A. | Refund of February 2024 Bank and Technology Services Fee | 2600-000 | | -19.15 | 55,000.00 |
| 04/11/24 | | To Account# XXXXXX9707 | Transfer of settlement funds from segregated account to general account after approval of settlement by Court. | 9999-000 | | 55,000.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | **55,000.00** | **55,000.00** | **$0.00** |
| Less: Bank Transfers | 55,000.00 | 55,000.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 23

| | | |
|---|---|---|
| Case Number: | 23-11789 BR | |
| Case Name: | Hawthorne Hangar Operations LP | |
| Taxpayer ID#: | **-***5430 | |
| Period Ending: | 09/08/25 | |

| | |
|---|---|
| Trustee: | Peter J Mastan |
| Bank Name: | Flagstar Bank, N.A. |
| Account: | ******6389 - Checking |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/25 | | From Account# XXXXXX9707 | Transfer to interest bearing account/money market account pursuant to US Trustee guidelines.<br><br>Transfer from account XXXXXX9707 to XXXXXX6389 | 9999-000 | 454,073.17 | | 454,073.17 |
| 02/28/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 97.04 | | 454,170.21 |
| 02/28/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 658.81 | 453,511.40 |
| 03/31/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 115.56 | | 453,626.96 |
| 03/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 736.96 | 452,890.00 |
| 04/30/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 111.68 | | 453,001.68 |
| 04/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 735.95 | 452,265.73 |
| 05/30/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 115.24 | | 452,380.97 |
| 05/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 734.93 | 451,646.04 |
| 06/09/25 | | From Account# XXXXXX9707 | Transfer of funds to money market account.<br><br>Transfer from account XXXXXX9707 to XXXXXX6389 | 9999-000 | 225,878.61 | | 677,524.65 |
| 06/30/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 152.22 | | 677,676.87 |
| 06/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 982.57 | 676,694.30 |

Exhibit B

## Form 2
## Cash Receipts and Disbursements Record

Page: 24

| Case Number: | 23-11789 BR | | Trustee: | Peter J Mastan |
| Case Name: | Hawthorne Hangar Operations LP | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******6389 - Checking |
| Taxpayer ID#: | **-***5430 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/15/25 | | From Account# XXXXXX9707 | Transfer to MMA<br><br>Transfer from account XXXXXX9707 to XXXXXX6389 | 9999-000 | 50,000.00 | | 726,694.30 |
| 07/31/25 | | Flagstar Bank | Refund of Bank and Technology Fee charges | 2600-000 | | -3,849.22 | 730,543.52 |
| 07/31/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 173.48 | | 730,717.00 |
| 07/31/25 | | To Account# XXXXXX9707 | Transfer to general account.<br><br>Transfer from account XXXXXX6389 to XXXXXX9707 | 9999-000 | | 725,726.19 | 4,990.81 |
| 07/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,141.56 | 3,849.25 |
| 08/04/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | -1,141.56 | 4,990.81 |
| 08/05/25 | | To Account# XXXXXX9707 | Balance transfer from MMA x3689 to Checking x9707<br><br>Transfer from account XXXXXX6389 to XXXXXX9707 | 9999-000 | | 4,990.81 | 0.00 |
| 08/07/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | 0.18 | | 0.18 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit B

Page: 25

| Case Number: | 23-11789 BR | Trustee: | Peter J Mastan |
|---|---|---|---|
| Case Name: | Hawthorne Hangar Operations LP | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******6389 - Checking |
| Taxpayer ID#: | **-***5430 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/25 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/25 | INT | Flagstar Bank, N.A. | Interest Credit | 1270-000 | -0.18 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **730,717.00** | **730,717.00** | **$0.00** |
| Less: Bank Transfers | 729,951.78 | 730,717.00 | |
| **Subtotal** | **765.22** | **0.00** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$765.22** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0628** | **0.00** | **0.00** | **0.00** |
| **Checking # ******0918** | **43,603.85** | **0.00** | **0.00** |
| **Checking # ******0926** | **142,838.95** | **13,315.14** | **0.00** |
| **Money Market # ******6389** | **765.22** | **0.00** | **0.00** |
| **Checking # ******9707** | **3,379,266.06** | **2,918,746.71** | **780,315.98** |
| **Checking # ******9715** | **309,265.26** | **163,361.51** | **0.00** |
| | **$3,875,739.34** | **$3,095,423.36** | **$780,315.98** |

# Central District of California
# Claims Register

Exhibit C

<u>2:23-bk-11789-BR Hawthorne Hangar Operations, L.P.</u> **Converted** 05/02/2023

| | |
|---|---|
| **Judge:** Barry Russell | **Chapter:** 7 |
| **Office:** Los Angeles | **Last Date to file claims:** 08/11/2023 |
| **Trustee:** Peter J Mastan (TR) | **Last Date to file (Govt):** 12/02/2024 |

*Creditor:*     (41499991)
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**Claim No: 1**
*Original Filed Date:* 04/18/2023
*Original Entered Date:* 04/18/2023

*Status:*
*Filed by:* CR
*Entered by:* Timothy C Schakow
*Modified:*

Amount  claimed: $284.28          **Claim approved as priority tax claim ($184.28) and general unsecured ($100.00).**
Secured claimed:     $0.00
Priority  claimed: $184.28

*History:*

Details  ⊙   1-1   04/18/2023 Claim #1 filed by INTERNAL REVENUE SERVICE, Amount claimed: $284.28 (Schakow, Timothy)

*Description:*
*Remarks:*

---

*Creditor:*     (41495527)   <u>History</u>
Los Angeles County Treasurer and Tax
Collector
Attn: Bankruptcy Unit
PO Box 54110
Los Angeles CA 90054-0110

**Claim No: 2**
*Original Filed Date:* 04/26/2023
*Original Entered Date:* 04/26/2023

*Status:*
*Filed by:* CR
*Entered by:* Yesica Herrera
*Modified:*

Amount  claimed: $108436.65          **Claim paid during sale of real property. The Trustee will not pay any additional funds.**
Secured claimed: $108436.65

*History:*

Details  ⊙   2-1   04/26/2023 Claim #2 filed by Los Angeles County Treasurer and Tax Collector, Amount claimed: $108436.65 (Herrera, Yesica)

*Description:* (2-1) last 4: 8001
*Remarks:* (2-1) 2022, 2023 est. tax

---

*Creditor:*     (41535942)
Tait Environmental Services, Inc.
701 N. Parkcenter Drive
Santa Ana, CA 92705
Santa Ana, CA 92705-701

**Claim No: 3**
*Original Filed Date:* 05/15/2023
*Original Entered Date:* 05/15/2023

*Status:*
*Filed by:* CR
*Entered by:* AUTP
*Modified:*

Amount claimed: $10739.16          **Claim approved as general unsecured.**

*History:*

Details  ⊙   3-1   05/15/2023 Claim #3 filed by Tait Environmental Services, Inc., Amount claimed: $10739.16 (AUTP)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (41538464) | **Claim No: 4** | *Status:* |
| Capital One N.A. | *Original Filed* | *Filed by:* CR |
| by American InfoSource as agent | *Date:* 05/17/2023 | *Entered by:* Samir P Vaghela |
| PO Box 71083 | *Original Entered* | *Modified:* |
| Charlotte, NC 28272-1083 | *Date:* 05/17/2023 | |

Amount claimed: $900.87          **Claim approved as general unsecured.**

*History:*

Details    ●    <u>4-1</u>    05/17/2023 Claim #4 filed by Capital One N.A., Amount claimed: $900.87 (Vaghela, Samir)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (41542151) | **Claim No: 5** | *Status:* |
| Franchise Tax Board | *Original Filed* | *Filed by:* CR |
| Bankruptcy Section MS A340 | *Date:* 05/19/2023 | *Entered by:* Cathy Saechao |
| PO BOX 2952 | *Original Entered* | *Modified:* |
| Sacramento CA 95812-2952 | *Date:* 05/19/2023 | |

Amount claimed: $1625.21          **Claim approved as priority tax claim ($1,600) and fines/penalty ($25.21)**

Priority  claimed: $1625.21

*History:*

Details    ●    <u>5-1</u>    05/19/2023 Claim #5 filed by Franchise Tax Board, Amount claimed: $1625.21 (Saechao, Cathy)

*Description:* (5-1) 0007

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (41577497) | **Claim No: 6** | *Status:* |
| Ernest J. Franceschi, Jr. | *Original Filed* | *Filed by:* CR |
| 100 Wilshire Boulevard | *Date:* 06/22/2023 | *Entered by:* AUTP |
| Suite 700 | *Original Entered* | *Modified:* |
| Santa Monica, CA 90401-100 | *Date:* 06/22/2023 | |

Amount  claimed: $500000.00          **Claim disallowed by Stipulation and Court order entered 2/6/25.**

Secured claimed: $500000.00

*History:*

Details    ●    <u>6-1</u>    06/22/2023 Claim #6 filed by Ernest J. Franceschi, Jr., Amount claimed: $500000.00 (AUTP)

      <u>328</u>    01/24/2025 Motion RE: Objection to Claim Number 6 by Claimant Ernest J. Franceschi, Jr..
*Memorandum of Points & Authorities; Declarations of Lovee Sarenas & Dan Wolfe, Exhibits and Proof of Service* Filed by Trustee Peter J Mastan (TR) (Sarenas, Lovee)

      <u>329</u>    01/24/2025 Objection to Claim #6 by Claimant Ernest J. Franceschi, Jr.. in the amount of $ 500,000 Filed by Trustee Peter J Mastan (TR). (Sarenas, Lovee)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (41498472) | **Claim No: 7** | *Status:* |
| Steinberg Law | *Original Filed* | *Filed by:* AT |
| c/o Kevin Steinberg | *Date:* 06/27/2023 | *Entered by:* James R Selth |
| 16133 Ventura Blvd 7th Floor | *Original Entered* | *Modified:* |
| Encino, CA 91436 | *Date:* 06/27/2023 | |

Amount claimed: $326876.00          **Claim reduced by $100k pursuant to stipulation and allowed as general unsecured in the amount of $226,876 pursuant to Court order entered 4/25/25.**

*History:*

Details    ●    <u>7-1</u>    06/27/2023 Claim #7 filed by Steinberg Law, Amount claimed: $326876.00 (Selth, James)

*Description:*

*Remarks:*

*History:*

Details ⚪ 7-1 06/27/2023 Claim #7 filed by Steinberg Law, Amount claimed: $326876.00 (Selth, James)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (41472612) | **Claim No: 8** | *Status:* |
| First Insurance Funding | *Original Filed* | *Filed by:* CR |
| PO Box 7000 | *Date:* 07/25/2023 | *Entered by:* AUTP |
| Carol Stream, IL 60197-7000 | *Original Entered* | *Modified:* |
| | *Date:* 07/25/2023 | |

Amount  claimed: $21385.45          **Claim paid during chapter 7, and premium refunded after cancellation.**

Secured claimed: $21385.45

*History:*

Details ⚪ 8-1 07/25/2023 Claim #8 filed by First Insurance Funding, Amount claimed: $21385.45 (AUTP)

*Description:*

*Remarks:* (8-1) Account Number (last 4 digits):2429

| | | |
|---|---|---|
| *Creditor:*    (41635451) | **Claim No: 9** | *Status:* |
| David Wehrly | *Original Filed* | *Filed by:* CR |
| 6014 Swiss Avenue | *Date:* 08/04/2023 | *Entered by:* Samuel Mushegh Boyamian |
| Dallas, Texas 75214 | *Original Entered* | *Modified:* |
| | *Date:* 08/04/2023 | |

Amount  claimed: $2296461.53          **Claim approved as secured. Paid pursuant to Court order entered 8/30/23.**

Secured claimed: $1617222.30

*History:*

Details ⚪ 9-1 08/04/2023 Claim #9 filed by David Wehrly, Amount claimed: $2296461.53 (Boyamian, Samuel)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (41638314) | **Claim No: 10** | *Status:* |
| Mary E. Gram Attorney, Inc. | *Original Filed* | *Filed by:* CR |
| 38180 Del Webb Blvd, #97 | *Date:* 08/08/2023 | *Entered by:* Mary E Gram |
| Palm Desert, CA 92211 | *Original Entered* | *Modified:* |
| | *Date:* 08/08/2023 | |

Amount  claimed: $303048.00          **Secured claim. Paid through sale of real property.**

Secured claimed: $303048.00

*History:*

Details ⚪ 10-1 08/08/2023 Claim #10 filed by Mary E. Gram Attorney, Inc., Amount claimed: $303048.00 (Gram, Mary)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (41638585) | **Claim No: 11** | *Status:* |
| Sheppard, Mullin, Richter & Hampton LLP | *Original Filed* | *Filed by:* CR |
| 650 Town Center Drive, 10th Floor | *Date:* 08/08/2023 | *Entered by:* AUTP |
| Costa Mesa, CA 92626 | *Original Entered* | *Modified:* |

*History:*

Details ⚪ 11-1 08/08/2023 Claim #11 filed by Sheppard, Mullin, Richter & Hampton LLP, Amount claimed: $9491.30
                    (AUTP)

*Description:*

*Remarks:* (11-1) Account Number (last 4 digits):88BZ

Date: 08/08/2023

Amount claimed: $9491.30          **Claim approved as general unsecured.**

*History:*

Details ⚫  11-1  08/08/2023 Claim #11 filed by Sheppard, Mullin, Richter & Hampton LLP, Amount claimed: $9491.30
(AUTP)

*Description:*

*Remarks:* (11-1) Account Number (last 4 digits):88BZ

---

| | | |
|---|---|---|
| *Creditor:*    (41472616) | **Claim No: 12** | *Status:* |
| Grand Pacific Financing Corporation | *Original Filed* | *Filed by:* CR |
| 901 Corporate Center Dr N # 300 | *Date:* 08/09/2023 | *Entered by:* Jess R Bressi |
| Monterey Park, CA 91754 | *Original Entered* | *Modified:* |
| | *Date:* 08/09/2023 | |

Amount  claimed: $10000000.00      **Claim approved as secured ($9,311,299.87) and general unsecured and subordinated**
Secured claimed: $10000000.00      **($619,709.85) pursuant to settlement and Court order entered 8/14/23.**
Priority   claimed:      $0.00

*History:*

Details ⚫  12-1  08/09/2023 Claim #12 filed by Grand Pacific Financing Corporation, Amount claimed: $10000000.00
(Bressi, Jess)

*Description:* (12-1) Real Estate Loan secured by real and personal property

*Remarks:* (12-1) On 8/8/2023, the court approved a settlement re this claim. See attachments to Proof of Claim

---

| | | |
|---|---|---|
| *Creditor:*    (41640507) | **Claim No: 13** | *Status:* |
| MESSINA & HANKIN, LLP c/o Greenbaum | *Original Filed* | *Filed by:* CR |
| Law Group LLP | *Date:* 08/10/2023 | *Entered by:* AUTP |
| 160 Newport Center Dr. Ste. 110, 110 | *Original Entered* | *Modified:* 08/11/2023 |
| 110 | *Date:* 08/10/2023 | |
| Newport Beach, CA 92660-110 | *Last Amendment* | |
| | *Filed:* 08/11/2023 | |
| | *Last Amendment* | |
| | *Entered:* 08/11/2023 | |

Amount  claimed: $426462.99       **Secured claim against proceeds from recoveries against Wehrly.  The Trustee will**
Secured claimed: $426462.99       **not pay.**

*History:*

Details ⚫  13-1  08/10/2023 Claim #13 filed by MESSINA & HANKIN, LLP c/o Greenbaum Law Group LLP, Amount
claimed: $326776.91 (AUTP)

Details ⚫  13-2  08/11/2023 Amended Claim #13 filed by MESSINA & HANKIN, LLP c/o Greenbaum Law Group LLP,
Amount claimed: $426462.99 (AUTP)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (41641100) | **Claim No: 14** | *Status:* |
| California Dept. of Tax and Fee Administration | *Original Filed* | *Filed by:* CR |
| **(ADMINISTRATIVE)** | *Date:* 08/10/2023 | *Entered by:* Marcelina Cortez |
| Collection Support Bureau, MIC: 55 | *Original Entered* | *Modified:* |
| PO Box 942879 | *Date:* 08/10/2023 | |
| Sacramento, CA 94279-0055 | | |

*History:*

Details ⚫  14-1  08/10/2023 Claim #14 filed by California Dept. of Tax and Fee Administration, Admin claimed: $21971.76
(Cortez, Marcelina)

*Description:*

*Remarks:*

Admin claimed: $21971.76

**Claim approved as administrative tax claim**

*History:*

Details   14-1   08/10/2023 Claim #14 filed by California Dept. of Tax and Fee Administration, Admin claimed: $21971.76 (Cortez, Marcelina)

*Description:*

*Remarks:*

---

*Creditor:*   (41641956)     **Claim No: 15**     *Status:*
California Dept. of Tax and Fee Administration   *Original Filed*   *Filed by:* CR
Collection Support Bureau, MIC: 55   *Date:* 08/11/2023   *Entered by:* Marcelina Cortez
PO Box 942879     *Original Entered*   *Modified:*
Sacramento, CA 94279-0055   *Date:* 08/11/2023

Amount claimed: $1531.26     **Claim approved as priority tax claim ($1,396.07) and subordinated penalties ($135.19).**

Priority claimed: $1355.49

*History:*

Details   15-1   08/11/2023 Claim #15 filed by California Dept. of Tax and Fee Administration, Amount claimed: $1531.26 (Cortez, Marcelina)

*Description:*

*Remarks:*

---

*Creditor:*   (41918046)     **Claim No: 16**     *Status:*
Franchise Tax Board **(ADMINISTRATIVE)**   *Original Filed*   *Filed by:* CR
Bankruptcy Section MS A340   *Date:* 04/04/2024   *Entered by:* Kim Tho Nguyen
PO BOX 2952     *Original Entered*   *Modified:*
Sacramento CA 95812-2952   *Date:* 04/04/2024
    *Last Amendment*
    *Filed:* 01/16/2025
    *Last Amendment*
    *Entered:* 01/16/2025

Admin claimed: $1600.00     **Claim approved as Ch. 7 administrative taxes.**

*History:*

Details   16-1   04/04/2024 Claim #16 filed by Franchise Tax Board, Admin claimed: $800.00 (Saechao, Cathy)

Details   16-2   01/16/2025 Amended Claim #16 filed by Franchise Tax Board, Admin claimed: $1600.00 (Nguyen, Kim Tho)

*Description:* (16-1) 0007

*Remarks:* (16-1) claim filed

---

*Creditor:*   (42000550)     **Claim No: 17**     *Status:*
Office of the U.S. Trustee   *Original Filed*   *Filed by:* CR
915 Wilshire Blvd Suite 1850   *Date:* 06/04/2024   *Entered by:* AUTP
Los Angeles, CA 90017     *Original Entered*   *Modified:*
    *Date:* 06/04/2024

Amount claimed: $500.00     **Approved as US Trustee quarterly fees.**

Priority claimed: $500.00

*History:*

Details   17-1   06/04/2024 Claim #17 filed by Office of the U.S. Trustee, Amount claimed: $500.00 (AUTP)

*Description:*

*Remarks:* (17-1) Account Number (last 4 digits):5430

**Claims Register Summary**

**Case Name:** Hawthorne Hangar Operations, L.P.
**Case Number:** 2:23-bk-11789-BR
**Chapter:** 7
**Date Filed:** 03/26/2023
**Total Number Of Claims:** 17

| | |
|---|---|
| **Total Amount Claimed*** | $14007742.70 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $12976555.39 | |
| **Priority** | $3664.98 | |
| **Administrative** | $23571.76 | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/12/2025 07:45:45 | | | |
| **PACER Login:** | pmastantrustee | **Client Code:** | 184.99 |
| **Description:** | Claims Register | **Search Criteria:** | 2:23-bk-11789-BR Filed or Entered From: 1/1/1980 Filed or Entered To: 8/12/2025 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt Court Order |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

| Case No.: | 23-11789-BR |
| Case Name: | Hawthorne Hangar Operations LP |
| Trustee Name: | Peter J Mastan |

**Balance on hand:**     $   780,315.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Los Angeles County Treasurer and Tax Collector | 108,436.65 | 65,838.45 | 65,838.45 | 0.00 |
| 6 | Ernest J. Franceschi, Jr. | 500,000.00 | 0.00 | 0.00 | 0.00 |
| 8 | First Insurance Funding | 21,385.45 | 0.00 | 0.00 | 0.00 |
| 9 | David Wehrly | 1,617,222.30 | 1,525,000.00 | 1,525,000.00 | 0.00 |
| 10 | Mary E. Gram Attorney, Inc. | 303,048.00 | 303,058.80 | 303,058.80 | 0.00 |
| 12 | Grand Pacific Financing Corporation | 10,000,000.00 | 9,311,299.87 | 9,311,299.87 | 0.00 |
| 13-2 | MESSINA & HANKIN, LLP c/o Greenbaum Law Group LLP | 426,462.99 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   780,315.98

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Peter J Mastan | 447,168.37 | 410,075.00 | 37,093.37 |
| Trustee, Expenses - Peter J Mastan | 371.65 | 357.05 | 14.60 |
| Attorney for Trustee, Fees - Dinsmore & Shohl LLP | 976,254.50 | 852,190.50 | 124,064.00 |
| Attorney for Trustee, Fees - Marshack Hays LLP | 3,287.00 | 0.00 | 3,287.00 |
| Attorney for Trustee, Expenses - Dinsmore & Shohl LLP | 10,157.40 | 9,984.87 | 172.53 |
| Attorney for Trustee, Expenses - Marshack Hays LLP | 287.79 | 0.00 | 287.79 |
| Accountant for Trustee, Fees - SLBiggs a division of SingerLewak | 133,362.50 | 110,509.50 | 22,853.00 |
| Fees, United States Trustee | 500.00 | 0.00 | 500.00 |
| Other, Expenses - Franchise Tax Board | 1,600.00 | 0.00 | 1,600.00 |
| Other, Expenses - SLBiggs a division of SingerLewak | 1,031.83 | 756.85 | 274.98 |

Total to be paid for chapter 7 administration expenses:   $   190,147.27
Remaining balance:   $   590,168.71

**UST Form 101-7-TFR (05/1/2011)**

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee/D-I-P , Fees - Richard T. Baum | 1,800.00 | 1,800.00 | 0.00 |
| Other, Fees - Gonzalez & Gonzalez Law | 28,254.70 | 0.00 | 28,254.70 |
| Other, Expenses - California Dept. of Tax and Fee Administration | 21,971.76 | 0.00 | 21,971.76 |
| Other, Expenses - Gonzalez & Associates, PLC | 774.60 | 0.00 | 774.60 |

Total to be paid for prior chapter administration expenses:    $    51,001.06

Remaining balance:    $    539,167.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,180.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 184.28 | 0.00 | 184.28 |
| 5 | Franchise Tax Board | 1,600.00 | 0.00 | 1,600.00 |
| 15 | California Dept. of Tax and Fee Administration | 1,396.07 | 0.00 | 1,396.07 |

Total to be paid for priority claims:    $    3,180.35

Remaining balance:    $    535,987.30

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $248,107.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 100.00 | 0.00 | 100.00 |
| 3 | Tait Environmental Services, Inc. | 10,739.16 | 0.00 | 10,739.16 |
| 4 | Capital One N.A. | 900.87 | 0.00 | 900.87 |
| 7 | Steinberg Law | 226,876.00 | 0.00 | 226,876.00 |
| 9 | David Wehrly | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Sheppard, Mullin, Richter & Hampton LLP | 9,491.30 | 0.00 | 9,491.30 |

Total to be paid for timely general unsecured claims:  $  248,107.33

Remaining balance:  $  287,879.97

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | **NONE** | | | |

Total to be paid for tardy general unsecured claims:  $  0.00

Remaining balance:  $  287,879.97

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $619,870.25 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 46.4 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Franchise Tax Board | 25.21 | 0.00 | 11.71 |
| 12 | Grand Pacific Financing Corporation | 619,709.85 | 0.00 | 287,805.48 |
| 15 | California Dept. of Tax and Fee Administration | 135.19 | 0.00 | 62.78 |

Total to be paid for subordinated claims:  $  287,879.97

Remaining balance:  $  0.00