STEPHEN J. SHUMLAS –CSB No. 317448
GREENBAUM LAW GROUP LLP
160 Newport Center Drive, Suite 110
Telephone: (949) 760-1400
Facsimile: (949) 760-1300

Attorneys for Creditor:
MESSINA & HANKIN, LLP

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HAWTHORNE HANGAR OPERATIONS, LP,<br><br>Debtor. | Case No.: 2:23-bk-11789-BR<br><br>Chapter 7<br><br>STIPULATION RESOLVING DISPUTES RE TRUSTEE'S FINAL REPORT |

Pursuant to Local Bankruptcy Rule 9071-1(a)(2), Creditor Messina & Hankin LLP, and Creditor Grand Pacific Financing Corporation (together, the "Parties") stipulate as follows.

## RECITALS

1. On or about September 9, 2025, the Trustee filed a Trustee's Final Report ("TFR") [ECF No. 351]. A hearing to approve the TFR was set for October 21, 2025.

2. On or about October 7, 2025, Creditor Messina & Hankin, LLP, filed an objection to the TFR.

3. The initial hearing regarding the proposed TFR took place on October 21, 2025. The hearing was continued by the Court to November 18, 2025 at 10:00 a.m.

4. During the interim, Debtor's largest creditor, Grand Pacific Financing Corporation raised concerns over the alleged claims of Messina & Hankin LLP.

1
STIPULATION RE TRUSTEE'S FINAL REPORT

US_ACTIVE\131652310\V-2

5. Creditor Messina & Hankin LLP has reached an agreement with secured creditor Grand Pacific Financing Corporation regarding their respective distributions to be received from the bankruptcy estate as follows:

### STIPULATION

**NOW, THEREFORE,** the Parties stipulate that, subject to Court approval:

a. The agreement between Messina & Hankin LLP and Grand Pacific Financing Corporation stated in paragraphs d-e below resolves the objection of Messina & Hankin LLP to the Trustee's TFR and concerns only the subordinated unsecured creditor distribution presently scheduled in the TFR in the amount of $287,805.48 with respect to Claim No. 12 (Grand Pacific Financing Corporation).

b. The agreement between Messina & Hankin LLP and Grand Pacific leaves the TFR intact as to all other distributions to all other creditors listed therein.

c. All creditors except Messina & Hankin LLP and Grand Pacific shall receive the same distribution as stated in the TFR filed on September 9, 2025.

d. The agreement between Messina & Hankin LLP and Grand Pacific is subject to the final fee applications for compensation of the chapter 7 trustee's professionals and any debit to the $287,805.48 to pay for any additional fees incurred by trustee's counsel with respect to the objection filed by Messina & Hankin LLP and any additional fees that may be incurred by the trustee's accountants in connection with the revised TFR not already provide for in the TFR.

e. Messina & Hankin LLP and Grand Pacific agree to evenly split the balance of the proposed subordinated distribution amount of $287,805.48 (after deducting the payment of any additional court-approved professional fees due the Trustee's counsel and accountant).

f. As distributions to all creditors other than Messina & Hankin LLP and Grand Pacific remain unchanged as stated in the TFR dated September 9, 2025, the

parties request approval of this Stipulation without further notice or a hearing.

g. Each counsel signing this Stipulation represents that they are authorized to do so by their respective clients. This Stipulation may be signed in counterparts which, when taken together, shall constitute one binding agreement.

h. Trustee shall file a revised TFR to be set for hearing in accordance with the United States Trustee's guidelines upon approval of this Stipulation and allowance of the final fee applications of professionals.

i. Distribution to creditors shall be made upon the filing of the revised TFR and the Court's approval of the revised TFR.

**SO STIPULATED AND AGREED:**

Dated: November 13, 2025          GREENBAUM LAW GROUP LLP

By: _____
Stephen J. Shumlas
Attorneys for Messina & Hankin LLP

Dated: November 13, 2025          DENTONS US LLP

By: _____
Jess R. Bressi
Attorneys for Creditor Grand Pacific Financing Corporation

**APPROVED AS TO FORM:**

Dated: November 13, 2025          DINSMORE & SHOHL LLP

By: _____
Lovee D. Sarenas
Attorneys for Trustee Peter J. Mastan

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**DINSMORE & SHOHL LLP, 655 West Broadway, Suite 800, San Diego, California  92101**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING DISPUTES RE TRUSTEE'S FINAL REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 14, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On November 14, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY**
Honorable Barry Russell
US Bankruptcy Court, Central District of California
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 14, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Stephen J. Shumlas, Greenbaum Law Group, LLP (Attorneys for Mesinna & Hankin, LLP)
Email: sshumlas@collectionlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 14, 2025 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 Page 10                                                    **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Richard T Baum on behalf of Attorney Richard T Baum
rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Richard T Baum on behalf of Attorney Richard T. Baum
rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Samuel Mushegh Boyamian on behalf of Creditor David Wehrly
samuel@marguliesfaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Samuel Mushegh Boyamian on behalf of Interested Party Courtesy NEF
samuel@marguliesfaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Jess R Bressi on behalf of Creditor Grand Pacific Financing Corporation
jess.bressi@dentons.com, kimberly.sigismondo@dentons.com

Marlene Escover on behalf of Creditor State Compensation Insurance Fund
scif.legal.bk@scif.com

Rosendo Gonzalez on behalf of Attorney Gonzalez & Gonzalez Law, P.C.
rossgonzalez@gonzalezplc.com,
rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com

Rosendo Gonzalez on behalf of Debtor Hawthorne Hangar Operations, L.P.
rossgonzalez@gonzalezplc.com,
rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com

Mary E Gram on behalf of Creditor Mary E. Gram Attorney Inc.
marygramlaw@gmail.com

Martin B Greenbaum on behalf of Creditor Messina & Hankin LLP
eparker@collectionlaw.com, mgreenbaum@collectionlaw.com

D Edward Hays on behalf of Trustee Peter J Mastan (TR)
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Robbin L. Itkin on behalf of Interested Party 3507 JNA, LLC
ritkin@sklarkirsh.com, mduran@sklarkirsh.com;KFRAZIER@SKLARKIRSH.COM

Ian Landsberg on behalf of Interested Party 3507 JNA, LLC
ilandsberg@sklarkirsh.com,
lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com

Tinho Mang on behalf of Special Counsel Marshack Hays Wood LLP
tmang@marshackhays.com,
tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

Tinho Mang on behalf of Trustee Peter J Mastan (TR)
tmang@marshackhays.com,
tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

Craig G Margulies on behalf of Creditor David Wehrly
craig@marguliesfaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* Page 11 **F 9013-3.1.PROOF.SERVICE**

Craig G Margulies on behalf of Interested Party Courtesy NEF
craig@marguliesfaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Peter J Mastan (TR)
pmastan@iq7technology.com;travis.terry@dinsmore.com;ecf.alert+Mastan@titlexi.com

Brian M Metcalf on behalf of Trustee Peter J Mastan (TR)
brian.metcalf@dinsmore.com, brian-metcalf-9774@ecf.pacerpro.com;katrice.ortiz@dinsmore.com

David M Parker on behalf of Creditor Grand Pacific Financing Corporation
dparker@ParkerRiggs.com, slawless@ParkerRiggs.com

Lovee D Sarenas on behalf of Attorney Dinsmore & Shohl LLP
lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com;adelya.ashralieva@dinsmore.com

Lovee D Sarenas on behalf of Trustee Peter J Mastan (TR)
lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com;adelya.ashralieva@dinsmore.com

James R Selth on behalf of Creditor Steinberg Law
jselth@yahoo.com, jselth@yahoo.com,maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Jonathan Serrano on behalf of Trustee Peter J Mastan (TR)
Jonathan@MarguliesFaithLaw.com,
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

Evan L Smith on behalf of Creditor Messina & Hankin LLP
els@elsmithlaw.com

Evan L Smith on behalf of Interested Party Courtesy NEF
els@elsmithlaw.com

Keven Steinberg on behalf of Interested Party Courtesy NEF
keven@kevensteinberglaw.com

Matthew J Stockl on behalf of Trustee Peter J Mastan (TR)
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com

Derrick Talerico on behalf of Interested Party Courtesy NEF
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Stephen R Wade on behalf of Creditor Dan Wolfe
srw@srwadelaw.com, reception@srwadelaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* Page 12 **F 9013-3.1.PROOF.SERVICE**